# **Exhibit 19**

(I of II)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | Judge Joan B. Gottschall |
| v. | ) ) | Magistrate Judge Daniel G. Martin |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) ) | No. 13 cv 1230 |
| Defendants. | ) ) | |

## DECLARATION OF HALINA MACHAJ

I, Halina Machaj, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started to work as a janitor for ABM in 1999 and I currently work as a janitor for ABM.

3. As a janitor for ABM, the location I worked at during the last three years include: 120 South Riverside Plaza, Chicago, IL.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years, I would regularly punch-in before the start of my scheduled shift.

6. Typically, immediately I punch-in for work, I would get my cleaning supplies and go to my assigned work area and begin cleaning.

7. Typically, at the end of my shift, I would stop working and put away my cleaning supplies up to the time I punch-out.

Dated: July 12, 2013

_____ Sign
Name

HALINA MACHAJ _____ Print
Name

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **BRICE IKBY BINISSIA,**<br>**indywidualnie lub w imieniu wszystkich**<br>**pozostałych w podobnych sytuacjach.** | )<br>)<br>) | **Sędzia Joan B. Gottschall** |
| **Powód,** | )<br>)<br>) | **Sędzia polubowny Daniel**<br>**G. Martin** |
| **v.** | )<br>) | **No. 13 cv 1230** |
| **ABM INDUSTRIES, INC.; ABM**<br>**JANITORIAL SERVICES, INC.**<br>**et al.,** | )<br>)<br>) | |
| **Pozwany.** | | |

### OŚWIADCZENIE-HALINA MACHAJ

Ja, Halina Machaj, pod grozba odpowiedzialnosci karnej niniejszym oświadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej własnej wiedzy i jeśli zostane wezwana w charakterze swiadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Rozpoczelam prace jako sprzątaczka w ABM w roku 1999 i w chwili obecnej pracuje jako sprzataczka w ABM.

3. Jako sprzataczka w ABM, lokacja w ktorej pracowałam przez ostatnie trzy lata, obejmuje: 120 South Riverside Plaza, Chicago, IL.

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia i czas wyjscia z pracy przy uzyciu karty perforowanej.

5. W ciagu ostatnich trzech lat, regularnie odbijalam karte przez rozpoczeciem mojej zaplanowanej zmiany.

6. Zazwyczaj, natychmiast po odbiciu karty, bralam swoj sprzet do sprzatania przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie.

7. Zazwyczaj, pod koniec mojej zmiany, przestawalm pracowac i odkladalam swoj sprzet do sprzatania az do czasu odbicia karty.

Data: 12 Lipiec, 2013 roku

Podpis: *Halina Machaj*

Imię i nazwisko drukiem: *HALINA MACHAJ*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiffs, ) | Judge Joan B. Gottschall |
| ) ) | Magistrate Judge Daniel G. Martin |
| v. ) ) | No. 13 cv 1230 |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., ) ) ) | |
| Defendants. ) | |

## DECLARATION

I, _Manuel Moreno_ , hereby declare the following under penalty of perjury:

1.  This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.  I have worked for ABM as a Janitor within the last three years.

3.  As a janitor for ABM, the locations I worked at during the last three years include: _353 W. Clark Chicago_ .

4.  During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _punch card_ .

5.  During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.  Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: July 13, 2013

_MANUEL MORENO_ Sign
Name

_MANUEL MORENO_ Print
Name

ESTADOS UNIDOS TRIBUNAL DE DISTRITO
Distrito Norte De Illinois
DIVISION DEL ESTE

BRICE IKBY BINISSIA, Individualmente )
y en nombre de todos los demás en una )
situación similar, )
) Juez Joan B. Gottschall
Los Demandante, )
) El Juez federal Daniel G. Martin
v. )
) No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
)
Los Acusados. )

## DECLARACIÓN

Yo, _Manuel Moreno_ , declare lo siguiente, bajo pena de prerjurio:

1. Esta Declaración se basa en mi conocimiento personal y si es llamado como testigo que sería competente para dar fe de los hechos contenidos en esta Declaración.

2. He trabajado para ABM como porter en los últimos tres años.

3. Como un conserje para ABM, los lugares que he trabajado en los últimos tres años son: _353 N. Clark Chicago_

4. Durante los últimos tres años ABM registrado y rastreado mi punch-in y punch-out a veces mediante el uso de _tarjeta perforada_ .

5. Durante los últimos tre años, yo regularmente el pinchado de entrada para el trabajo antes del comenizo de mi turno programado.

6. Por lo general, tan pronto como punch-in para el trabajo, me gustaria recoger mis suministos, visite mi area asignada y comenzar a limpiar.

Fecha: _12_ julio de 2013 Entrar _MANUEL MORENO_ nombre

_MANUEL MORENO_ imprimir nombre

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and
on behalf of All Others Similarly Situated,

                Plaintiffs,

     v.

ABM INDUSTRIALS, INC.; ABM
JANITORIAL SERVICES, INC. et al.

                Defendants.

)
)
)
)
)
)
)
)
)
)
)

Judge Joan B. Gottschall

Magistrate Judge Daniel G. Martin

No. 13 cv 1230

## DECLARATION OF MARTIN DIAZ

I, Martin Diaz, hereby declare the following under penalty of perjury:

1.    This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.    I first started working as a janitor for ABM in 2006 and I currently work as a janitor for ABM.

3.    As a janitor for ABM, the locations I worked at during the last three years includes: 177 S. Commons Drive, Aurora, IL..

4.    During the last three years, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5.    During the last three years, I would regularly punch-in for work approximately 5 minutes before my scheduled shift.

6.    Typically, as soon as I punch-in for work, I would get my cleaning supplies and go directly to the area I was assigned to and begin cleaning.

7.    Typically, at the end of my shift, I would put away my supplies and prepare to leave up to the time I punch-out.

Dated: _____July_____ , 2013

_____ Signature

_____ Print Name

## ESTADOS UNIDOS TRIBUNAL DE DISTRITO
### Distrito Norte de Illinois
### DIVISION DEL ESTE

BRICE IKBY BINISSJA, Individual y          )
en nombre de todos los demás en una situación similar,  )
                                            )        El juez Joan B. Gottschall
            Los demandantes,                )
                                            )        El juez federal Daniel G. Martin
    v                                       )
                                            )        N ° 13 ev 1230
ABM INDUSTRIALES, INC; ABM                  )
Servicios de limpieza, Inc. et al.          )
                                            )
            Los acusados.                   )

### DECLARACIÓN DE MARTIN DIAZ

I, Martin Diaz, declaramos lo siguiente, bajo pena de perjurio:

1.  Esta Declaración se basa en mi conocimiento personal y si es llamado como testigo que seria competente para dar fe de los hechos contenidos en esta Declaración.

2.  Empecé a trabajar como conserje de ABM en 2006 y actualmente trabajo como conserje de ABM.

3.  Como un conserje para ABM, los lugares que trabajé durante los últimos tres años incluye: 177 South Commons Drive, Aurora, IL.

4.  Durante los últimos tres años, ABM registrado y rastreado mi punch-in y punch-a veces mediante el uso de una tarjeta perforada.

5.  Durante los últimos tres años, yo regularmente el pinchado de entrada para el trabajo de aproximadamente 5 minutos antes de mi turno programado.

6.  Por lo general, tan pronto como punch-in para el trabajo, me gustaria tener mis productos de limpieza e ir directamente a la zona me asignaron y comenzar a limpiar.

7.  Por lo general, al final de mi turno, me guarde mis provisiones y prepararse para salir a la vez que Punch-Out.

Fecha: julio _____ de 2013          _____ Firma

                                        _____ Imprimir Nombre

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRICE IKBY BINISSIA,                )
indywidualnie lub w imieniu wszystkich )
pozostałych w podobnych sytuacjach.   )     Sedzia Joan B. Gottschall
                                      )
            Powód,                    )     Sedzia Niższej Instancji Daniel
                                      )     G. Martin
            v.                        )
                                      )     No. 13 spr. cyw. 1230
ABM INDUSTRIES, INC.; ABM             )
JANITORIAL SERVICES, INC.             )
et al.,                               )
                                      )
            Pozwany.

## OŚWIADCZENIE

Ja, **KRYSTYNA STANEK** pod grozbą odpowiedzialności karnej niniejszym oswiadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jeśli zostanę wezwany w charakterze świadka, kompetentnie złożę zeznania co do faktów zawartych w tym oswiadczeniu.

2. Pracowałem w ABM jako sprzątacz w ciągu ostatnich trzech lat.

3. Jako sprzątacz w ABM, lokalizacja w której pracowałem przez ostatnie trzy lata, obejmuje:
   10 SOUTH RIVERSIDE PLAZA

4. W ciągu ostatnich trzech lat ABM rejestrowało oraz monitorowało moj czas przyjścia do pracy i czas wyjścia z pracy przy użyciu  _Zegara_

5. W ciągu ostatnich trzech lat regularnie odbijałem kartę przed rozpoczęciem mojej zaplanowanej zmiany.

6. W ciągu ostatnich trzech lat, kiedy odbijałem kartę przed rozpoczęciem mojej zaplanowanej zmiany, obserwowałem innych sprzataczy odbijajacych karty przed rozpoczęciem ich zaplanowanych zmian.

7. Zazwyczaj tuz po odbiciu karty, brałem swoj sprzet do sprzatania, przechodziłem do wyznaczonego mi miejsca pracy i rozpoczynałem sprzatanie.

Data: 13 LIPCA Czerwca, 2013 roku

Podpis: _Krystyna Stanek_

Imię i nazwisko drukiem: KRYSTYNA STANEK

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) | |
| | ) | Judge Joan B. Gottschall |
| Plaintiffs, | ) ) | |
| | ) | Magistrate Judge Daniel G. Martin |
| v. | ) ) | |
| | ) | No. 13 cv 1230 |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION

I, Krystyna Stanek, hereby declare the following under penalty of perjury:

1.　This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.　I have worked for ABM as a Janitor within the last three years.

3.　As a janitor for ABM, the locations I worked at during the last three years include: 10 South Riverside Plaza.

4.　During the last three years ABM recorded and tracked my punch-in and punch-out times by use of punch card.

5.　During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.　During the last three years, when I would punch-in for work before the start of my scheduled shift, I observed other janitors punching in before the start of their scheduled shifts.

7.　Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: July 13, 2013

_____Sign
　　　　Name

_____Print
　　　　Name

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BRICE IKBY BINISSIA,                            )
indywidualnie lub w imieniu wszystkich          )
pozostałych w podobnych sytuacjach.             )
                                      )    Sedzia Joan B. Gottschall
            Powód,                       )
                                        )    Sedzia Niższej Instancji Daniel
                 v.                          )    G. Martin
                                        )
ABM INDUSTRIES, INC.; ABM                       )    No. 13 spr. cyw. 1230
JANITORIAL SERVICES, INC.                       )
et al.,                                         )
                Pozwany.                    )

## OŚWIADCZENIE

Ja, *Anna Tamalimih* pod grozba odpowiedzialnosci karnej niniejszym oswiadczam co następuje:

1.  Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jesli zostane wezwany w charakterze swiadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2.  Pracowalem w ABM jako sprzatacz w ciagu ostatnich trzech lat.

3.  Jako sprzątacz w ABM, lokalizacja w ktorej pracowalem przez ostatnie trzy lata, obejmuje: *191 N. Wacker*

4.  W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu *karty*

5.  W ciagu ostatnich trzech lat regularnie odbijalem karte przed rozpoczeciem mojej zaplanowanej zmiany.

6.  Zazwyczaj tuz po odbiciu karty, *450* _____ przechodzilem do wyznaczonego mi miejsca pracy i rozpoczynalem sprzatanie.

*07-10-2013*

Data: ____ Czerwca, 2013 roku

Podpis: *Anna Tamuleniwir*

Imię i nazwisko drukiem: *ANNA TAMULENICZ*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., )<br><br>Defendants. ) | Judge Joan B. Gottschall<br><br>Magistrate Judge Daniel G. Martin<br><br>No. 13 cv 1230 |

<u>**DECLARATION**</u>

I, Anna Tamulewicz, hereby declare the following under penalty of perjury:

1.  This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.  I have worked for ABM as a Janitor within the last three years.

3.  As a janitor for ABM, the locations I worked at during the last three years include: 191 North Wacker Drive.

4.  During the last three years ABM recorded and tracked my punch-in and punch-out times by use of punch card.

5.  During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.  Typically, as soon as I punch-in for work, I would go to my assigned area and begin cleaning.

Dated: July 10, 2013

_____ Sign
Name

_____ Print
Name

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                 )
            Plaintiffs, )
                 )
     v.             )
                 )
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                 )
           Defendants. )

Judge Joan B. Gottschall

Magistrate Judge Daniel G. Martin

No. 13 cv 1230

## DECLARATION

I, Demoun Boykin, hereby declare the following under penalty of perjury:

1.    This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.    I have worked for ABM as a Janitor within the last three years.

3.    As a janitor for ABM, the locations I worked at during the last three years include: Cook County Building / Illinois Institute of Technology.

4.    During the last three years ABM recorded and tracked my punch-in and punch-out times by use of Punch card .

5.    During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.    Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: July 12, 2013

_____ Sign
Name

_____ Print
Name

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **BRICE IKBY BINISSIA,** indywidualnie lub w imieniu wszystkich pozostałych w podobnych sytuacjach. | ) ) ) | **Sędzia Joan B. Gottschall** |
| **Powód,** | ) ) ) | **Sędzia polubowny Daniel G. Martin** |
| **v.** | ) ) | |
| **ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC.** et al., | ) ) ) ) | **No. 13 cv 1230** |
| **Pozwany.** | | |

## OSWIADCZENIE-KRYSTYNA GALIK

Ja, Krystyna Galik, pod grozba odpowiedzialnosci karnej niniejszym oświadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej własnej wiedzy i jeśli zostane wezwana w charakterze swiadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Rozpoczelam prace jako sprzątaczka w ABM w roku 2000 i w chwili obecnej pracuje jako sprzataczka w ABM.

3. Jako sprzataczka w ABM, lokacja w ktorej pracowalam przez ostatnie trzy lata, obejmuje: 120 South Riverside Plaza, Chicago, IL.

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia i czas wyjscia z pracy przy uzyciu karty perforowanej.

5. W ciagu ostatnich trzech lat, regularnie odbijalam karte przez rozpoczeciem mojej zaplanowanej zmiany.

6. Zazwyczaj, natychmiast po odbiciu karty, bralam swoj sprzet do sprzatania przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie.

7. Zazwyczaj, pod koniec mojej zmiany, przestawalm pracowac i odkladalam swoj sprzet do sprzatania az do czasu odbicia karty.

Data: 8 Lipiec, 2013 roku

Podpis: _Krystyna Galik_

Imię i nazwisko drukiem: _KRYSTYNA GALIK_

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | Judge Joan B. Gottschall |
| v. | ) ) ) | Magistrate Judge Daniel G. Martin |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) ) | No. 13 cv 1230 |
| Defendants. | ) ) | |

## DECLARATION OF KRYSTYNA GALIK

I, Krystyna Galik, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started to work as a janitor for ABM in 2000 and I currently work as a janitor for ABM.

3. As a janitor for ABM, the location I worked at during the last three years include: 120 South Riverside Plaza, Chicago, IL.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years, I would regularly punch-in before the start of my scheduled shift.

6. Typically, immediately I punch-in for work, I would get my cleaning supplies and go to my assigned work area and begin cleaning.

7. Typically, at the end of my shift, I would stop working and put away my cleaning supplies up to the time I punch-out.

Dated: July 8, 2013

_Krystyna Galik_ Sign
Name

KRYSTYNA GALIK Print
Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| | ) | Judge Joan B. Gottschall |
| Plaintiffs, | ) ) | Magistrate Judge Daniel G. Martin |
| v. | ) ) | No. 13 CV 1230 |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF EUGENIUSZ GUMIENNY

I, Eugeniusz Gumienny, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have been working as a janitor for ABM since 1998 until 2012, and I have not been employed by ABM since April of 2012.

3. As a janitor for ABM, the location I worked at during last three years includes: 111 E. Wacker Drive, Chicago, IL.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. Typically, as soon as I punched in for work, I would get my supplies and cleaning products and go directly to my assigned work area and begin cleaning.

7. Typically, at the end of my shift, I would stop working and put away my supplies up to the time I punched out.

Dated: July 06, 2013

_Eugeniua Gumienny_ Sign
Name

EUGENIUSZ GUMIENNY Print
Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, | ) | |
| indywidualnie lub w imieniu wszystkich | ) | Sędzia Joan B. Gottschall |
| pozostałych w podobnych sytuacjach. | ) | |
| | ) | Sędzia Niższej Instancji Daniel |
| Powód, | ) | G. Martin |
| | ) | |
| v. | ) | No. 13 spr. cyw. 1230 |
| | ) | |
| ABM INDUSTRIES, INC.; ABM | ) | |
| JANITORIAL SERVICES, INC. | ) | |
| et al., | ) | |
| Pozwany. | ) | |

## OSWIADCZENIE- EUGENIUSZ GUMIENNY

Ja, Eugeniusz Gumienny, pod grozba odpowiedzialnosci karnej niniejszym oświadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej własnej wiedzy i jeśli zostane wezwany w charakterze świadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Rozpoczolam prace jako sprzątacz w firmie ABM od roku 1998 do roku 2012 i nic jestem zatrudniony jako sprzatacz w firmie ABM od Kwietnia 2012.

3. Jako sprzątacz w ABM, lokalizacja w ktorej pracowalem przez ostatnie trzy lata, obejmuje: 111 E. Wacker Drive, Chicago, IL.

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu karty perforowanej.

5. W ciagu ostatnich trzech lat regularnie odbijalem karte przed rozpoczeciem mojej zaplanowanej zmiany.

6. Zazwyczaj tuz po odbiciu karty, bralem swoj sprzet do sprzatanie i srodki czyszczace, przechodzilem do wyznaczonego mi miejsca pracy i rozpoczynalem sprzatanie.

7. Zazwyczaj pod koniec mojej zmiany, przestawalem pracowac i odkladalem moj sprzet do sprzatania az do czasu odbicia karty.

Data: 06 Lipiec, 2013 roku

Podpis: *Eugeniusz Gumienny*

Imię i nazwisko drukiem: EUGENIUSZ GUMIENNY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiffs, ) | Judge Joan B. Gottschall |
| ) | Magistrate Judge Daniel G. Martin |
| v. ) | |
| ) | No. 13 cv 1230 |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., ) ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF KATARZYNA NOWOBILSKI

I, Katarzyna Nowobilski, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 2000 and I currently work as a janitor for ABM.

3. As a janitor for ABM, the location I worked at during the last three years include:

   120 South Riverside Plaza, Chicago, IL.

4. During the last three years, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. Typically, immediately I punch-in for work, I would get my keys and cleaning supplies, go directly to the area of the building I was assigned to and begin cleaning.

7. Typically, at the end of my shift, I would put away my cleaning supplies up to the time I punch-out.

Dated: July 8, 2013                    _Katarzyna Nowobilski_ Signature

                                       _KATARZYNA NOWOBILSKI_ Print

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRICE IKBY BINISSIA, )
indywidualnie lub w imieniu wszystkich )
pozostałych w podobnych sytuacjach. )  Sędzia Joan B. Gottschall
                                    )
                          Powód, )  Sędzia niższej Instancji Daniel
                                    )  G. Martin
             v.                     )
                                    )  No. 13 spr. cyw. 1230
ABM INDUSTRIES, INC.; ABM           )
JANITORIAL SERVICES, INC.           )
et al.,                             )

                  Pozwany.

### OSWIADCZENIE-KATARZYNA NOWOBILSKI

Ja, Katarzyna Nowobilski, pod grozba odpowiedzialnosci karnej niniejszym oświadczam co następuje:

1. Niniejsze oświadczeniaoparte jest na mojej własnej wiedzy i zostane wezwana w charakterze świadka, kompetentnie zloze zeznania co do faktów zawartych w tym oświadczeniu.

2. Rozpoczelam prace jako sprzątaczka w ABM w 2000 roku i obecnie pracuje jako sprzataczka w ABM.

3. Jako sprzataczka w ABM, lokacja w ktorej pracowalam przez ostatnie trzy lata, obejmuje: 120 South Riverside Plaza, Chicago, IL.

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjcia i czas wyjscia z pracy przy uzyciu karty perforowanej.

5. W ciagu ostatnich trzech lat, regularnie odbijalam karte przed rozpoczeciem mojej zaplanowanej zmiany.

6. Zazwyczaj, natychmiast po odbiciu karty, bralam swoje klucze i swoje srodki czystosci, przechodzilam do wyznaczonego mi miejsca w budynku i rozpoczynalam prace.

7. Zazwyczaj pod koniec mojej zmiany, odkladalam swoj sprzet do sprzatania az do czasu odbicia karty.

Data: Lipiec  8 , 2013.

Podpis: _Katarzyna Nowobilski_

Imię i nazwisko drukiem: KATARZYNA NOWOBILSKI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) | |
| Plaintiffs, | ) ) | Judge Joan B. Gottschall |
| | ) ) | Magistrate Judge Daniel G. Martin |
| v. | ) ) | No. 13 cv 1230 |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION

I, _NERMINA SELIMANOVIC_, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: _209 W JACKSON CHICAGO IL G0666_.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _PUNCH CLOK_.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: ~~June~~ _July 3_, 2013

_____ Sign
Name
_NERMINA SELIMANOVIC_ Print
Name

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| | ) | Judge Joan B. Gottschall |
| Plaintiffs, | ) ) | Magistrate Judge Daniel G. Martin |
| v. | ) ) | No. 13 cv 1230 |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF ANNA LAPINSKI

I, Anna Lapinski, hereby declare the following under penalty of perjury:

1.  This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.  I first started working as a janitor for ABM in 2000 and I currently work as a janitor for ABM.

3.  As a janitor for ABM, the locations I worked at during the last three years includes: 111 West Washington Street, Chicago, IL.

4.  During the last three years, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5.  During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.  Typically, as soon as I punch-in for work, I would get my supplies and go to my assigned work area to begin cleaning.

7.  Typically, at the end of my shift, I would put away my cleaning supplies up to the time I punch-out.

8.  Within approximately the last 6 months, our supervisors instructed us to punch-in for work 10 minutes before the start of our scheduled shift and punch-out for work 10 minutes before the end of our scheduled shift.

Dated: July 3, 2013

_Anna Lapinski_ Signature

_ANNA LAPINSKI_ Print Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRICE IKBY BINISSIA,** | ) | |
| indywidualnie lub w imieniu wszystkich | ) | |
| pozostałych w podobnych sytuacjach. | ) | Sędzia Joan B. Gottschall |
| | ) | |
| Powód, | ) | Sędzia Nizszej Instancji Daniel |
| | ) | G. Martin |
| v. | ) | |
| | ) | No. 13 spr. cyw. 1230 |
| **ABM INDUSTRIES, INC.; ABM** | ) | |
| **JANITORIAL SERVICES, INC.** | ) | |
| et al., | ) | |
| | ) | |
| Pozwany. | | |

## OSWIADCZENIE – ANNA LAPINSKA

Ja, Anna Lapinska, pod grozba odpowiedzialnosci karnej niniejszym oswiadczam co nastepuje:

1. Niniejsze oswiadczenie oparte jest na mojej wlasnej wiedzy i jesli zostane wezwana w charakterze swiadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Rozpoczelam prace jako sprzataczka w ABM w 2000 roku i obecnie pracuje jako sprzataczka w ABM.

3. Jako sprzataczka w ABM, lokalizacja w ktorej pracowalam przez ostatnie trzy lata, obejmuje: 111 West Washington, Chicago, IL.

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia i czas wyjscia z pracy przy uzyciu karty perforowanej.

5. W ciagu ostatnich trzech lat regularnie odbijalam karte przed rozpoczeciem mojej zaplanowanej zmiany.

6. Zazwyczaj tuz po odbiciu karty, bralam swoj sprzet do sprzatania i przechodzilam do wyznaczonego mi miejsca pracy aby rozpoczac sprzatanie.

7. Zazwyczaj pod koniec mojej zmiany, odkladalam swoj sprzet do sprzatania az do czasu odbicia karty.

8. W ciągu ostatnich 6 miesięcy, nasi przelozeni poinstruowali aby odbijac karte 10 minut przed rozpoczeciem naszej zaplanowanej zmiany i 10 minut przed koncem naszej zaplanowanej zmiany.

Data: __8__ Lipiec, 2013 roku

Podpis: _Anna Lapinski_

Imię i nazwisko drukiem: _ANNA LAPINSKI_

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRICE IKBY BINISSIA,** | ) | |
| indywidualnie lub w imieniu wszystkich | ) | |
| pozostałych w podobnych sytuacjach. | ) | Sędzia Joan B. Gottschall |
| | ) | |
| Powód, | ) | Sędzia Niższej Instancji Daniel |
| | ) | G. Martin |
| v. | ) | |
| | ) | No. 13 spr. cyw. 1230 |
| ABM INDUSTRIES, INC.; ABM | ) | |
| JANITORIAL SERVICES, INC. | ) | |
| et al., | ) | |
| | | |
| Pozwany. | | |

### OSWIADCZENIE

Ja, _Helena_ , pod grozba odpowiedzialnosci karnej niniejszym oswiadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jesli zostane wezwany w charakterze swiadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Pracowalem w ABM jako sprzataci w ciagu ostatnich trzech lat.

3. Jako sprzątacz w ABM, lokalizacja w ktorej pracowalem przez ostatnie trzy lata, obejmuje:
   _300 N. Riverside_

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu _karty Perforowanej_

5. W ciagu ostatnich trzech lat regularnie odbijalem karte przed rozpoczeciem mojej zaplanowanej zmiany.

6. Zazwyczaj tuz po odbiciu karty, _braTam Klucze_ ,
   _____ przechodzilem do wyznaczonego mi miejsca pracy i rozpoczynalem sprzatanie.

Data: _8 Lipiec_ Czerwca, 2013 roku

Podpis: _Helena Obrochta_

Imię i nazwisko drukiem: _HELENA OBROCHTA_

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
)
          Plaintiffs, )
)
    v. )
)
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
)
          Defendants. )

Judge Joan B. Gottschall

Magistrate Judge Daniel G. Martin

No. 13 cv 1230

## DECLARATION

I, _Helena_, hereby declare the following under penalty of perjury:

1.    This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.    I have worked for ABM as a Janitor within the last three years.

3.    As a janitor for ABM, the locations I worked at during the last three years include: _300 N Riverside_.

4.    During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _Punch card_.

5.    During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.    Typically, as soon as I punch-in for work, I would _take my keys_, go to my assigned area and begin cleaning.

Dated: July _8_, 2013

_____Sign
     Name
_HelenA OBROCHTA_ Print
     Name

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) |
| Defendants. | ) ) |

Judge Joan B. Gottschall

Magistrate Judge Daniel G. Martin

No. 13 cv 1230

## DECLARATION

I, ANNA SKALANY, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: 200 E. Rienololph

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of punch cart

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June 29 2013

_____, Sign
Name
ANNA SKALANY Print
Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                                 )     **Judge Joan B. Gottschall**
           Plaintiffs, )
                                   )     **Magistrate Judge Daniel G. Martin**
      v.                        )
                                   )     **No. 13 cv 1230**
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                                   )
           Defendants. )

## DECLARATION

I, _PABLO HERNANDEZ_ hereby declare the following under penalty of perjury:

1.      This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.      I have worked for ABM as a Janitor within the last three years.

3.      As a janitor for ABM, the locations I worked at during the last three years include: _2 N. RIVERSIDE (CHICAGO IL)_ .

4.      During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _TIME CARD — PUNCH CARD_ .

5.      During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.      Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June _15_, 2013

_Pablo [signature]_     Sign
Name

_PABLO HERNANDEZ_   Print
Name

**ESTADOS UNIDOS TRIBUNAL DE DISTRITO**
**Distrito Norte De Illinois**
**DIVISION DEL ESTE**

BRICE IKBY BINISSIA, Individualmente )
y en nombre de todos los demás en una )
situación similar, )
                                  )    Juez Joan B. Gottschall
                                  )
            Los Demandante,     )    El Juez federal Daniel G. Martin
                                  )
    v.                                   )    No. 13 cv 1230
                                  )
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                                  )
           Los Acusados.       

## DECLARACIóN

Yo, _Pablo Hernandez_ declare lo siguiente, bajo pena de prerjurio:

1. Esta Declaración se basa en mi conocimiento personal y si es llamado como testigo que sería competente para dar fe de los hechos contenidos en esta Declaración.

2. He trabajado para ABM como porter en los últimos tres años.

3. Como un conserje para ABM, los lugares que he trabajado en los últimos tres años son:
_2 N. Riverside Plaza_

4. Durante los últimos tres años ABM registrado y rastreado mi punch-in y punch-out a veces mediante el uso de _Punch Card_.

5. Durante los últimos tre años, yo regularmente el pinchado de entrada para el trabajo antes del comenizo de mi turno programado.

6. Por lo general, tan pronto como punch-in para el trabajo, me gustaria recoger mis suministos, visite mi area asignada y comenzar a limpiar.

Fecha: _26_ junio de 2013 Entrar    _Pablo Her_      nombre

                                      _Pablo Hernandez_ imprimir nombre

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, ) | |
| ) | Judge Joan B. Gottschall |
| Plaintiffs, ) | |
| ) | Magistrate Judge Daniel G. Martin |
| v. ) | |
| ) | No. 13 cv 1230 |
| ABM INDUSTRIES, INC.; ABM ) | |
| JANITORIAL SERVICES, INC. et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF LAVELL HILL

I, Lavell Hill, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 2008 and I worked up to October of 2012.

3. As a janitor for ABM, the locations I worked at during the last three years includes: 1000 E. Lincoln Highway, Chicago Heights, IL.

4. During the last three years, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years, I would regularly punch-in for work approximately 10 minutes before the start of my scheduled shift.

6. Typically, as soon as I punched-in for work, I would meet with my supervisor to discuss my daily duties and then I would go directly to the area I was assigned to and begin my work.

7. Typically, at the end of my shift, I would put away my supplies up to the time I punched-out.

Dated: June 13, 2013

_____ Signature

LaVellHill _____ Print Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRICE IKBY BINISSIA, Individually and** | ) | |
| **on Behalf of All Others Similarly Situated,** | ) | |
| | ) | **Judge Joan B. Gottschall** |
| **Plaintiffs,** | ) | |
| | ) | **Magistrate Judge Daniel G. Martin** |
| **v.** | ) | |
| | ) | **No. 13 cv 1230** |
| **ABM INDUSTRIES, INC.; ABM** | ) | |
| **JANITORIAL SERVICES, INC. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DECLARATION

I, _Sveta Ivanova_, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: _233 North Michigan_.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _punch cards_.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June 27, 2013

_____ Sign

_Svetla Ivanova_ Print

Name

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | Judge Joan B. Gottschall |
| v. | ) ) ) | Magistrate Judge Daniel G. Martin |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | No. 13 cv 1230 |
| Defendants. | ) ) | |

## DECLARATION

I, _ZUMRETA JAKUPOVIC_ , hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: _77 W. WACKER DR._ .

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _PUNCH CARD_ .

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. During the last three years, when I would punch-in for work before the start of my scheduled shift, I observed other janitors punching in before the start of their scheduled shifts.

7. Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June _13_, 2013

_Zumreta Jakupovic_ Sign
Name

_ZUMRETA JAKUPOVIC_ Print
Name

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
            )  Judge Joan B. Gottschall
      Plaintiffs, )
            )  Magistrate Judge Daniel G. Martin
   v. )
            )  No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
            )
      Defendants. )

## DECLARATION OF JADWIGA KAWA

I, Jadwiga Kawa, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 1997 through 2012. I have not worked for ABM since February 2012.

3. As a janitor for ABM, the locations I worked at within the last three years includes: 111 East Wacker, Chicago, IL.

4. During the last three years, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years, I worked the 8 am to 4:30 pm shift.

6. During the last three years, I would regularly punch-in for work approximately 5 to 10 minutes before the start of my scheduled shift.

7. Typically, as soon as I punched-in for work, I would begin to collect my cleaning supplies and keys and then I would go directly to the area of the building I was assigned to and begin cleaning.

8. Typically, at the end of my shift, I would put away my cleaning supplies up to the time I punched out.

Dated: May 30 2013    _Jadwiga Kawa_ Sign
            Name
            JADWIGA KAWA Print
            Name

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                                    )    Judge Joan B. Gottschall
          Plaintiffs,   )
                                   )    Magistrate Judge Daniel G. Martin
             v.        )
                                   )    No. 13 CV 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                                 )
          Defendants.   )

## DECLARATION OF BERNADETA KUCZAJ

I,     Bernadeta Kuczaj, hereby declare the following under penalty of perjury:

1.     This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.     I have been working as a janitor for ABM since 2001 and I currently work as a janitor for ABM.

3.     As a janitor for ABM, the locations I worked at during the last three years includes: 191 N. Wacker Dr., Chicago, IL.

4.     During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5.     My scheduled shifts were from 5 pm to1 am.

6.     During the last three years, I would regularly punch-in for work approximately 10 minutes before the start of my scheduled shift.

7.     Typically, as soon as I punched in for work, I would get my supplies and go to my assigned work area and begin cleaning.

8.     Typically, at the end of my shift, I would stop working and put away my supplies up to the time I punched out.

9.     Within approximately the last 2 months, our supervisors do not allow us to punch-in for work earlier than 5 pm and we must punch out exactly at the end of our scheduled shift.

Dated: June 16, 2013              _Bernadeta Kuczaj_ Sign
                                  Name
                    BERNADETA KUCZAJ Print
                               Name

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                                 )    Judge Joan B. Gottschall
             Plaintiffs,      )
                                   )    Magistrate Judge Daniel G. Martin
       v.                     )
                                   )    No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                                   )
           Defendants.     )

## DECLARATION OF JOZEF LETOWSKI

I, Jozef Letowski, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 2003 and I currently work as a janitor for ABM.

3. As a janitor for ABM, the location I worked at during the last three years include: 10 South Riverside Plaza, Chicago, IL.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years, I would regularly punch-in for work, approximately, 10 to 15 minutes before the start of my scheduled shift.

6. As soon as I punched in for work, I would get my supplies and go to my assigned work area and begin working.

7. At the end of my shift, I would put away my supplies up to the time I punched out.

Dated: May 24, 2013

_Jozef Letowski_ Sign
Name

_JOZEF LETOWSKI_ Print
Name

Data: 24 Maja, 2013 roku

Podpis: _Jozef Letowski_

Imię i nazwisko drukiem: _JOZEF LETOWSKI_

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
)
)  Judge Joan B. Gottschall
Plaintiffs, )
)
)  Magistrate Judge Daniel G. Martin
v. )
)  No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
)
Defendants. )

## DECLARATION OF MARIA LETOWSKA

I, Maria Letowska, hereby declare the following under penalty of perjury:

1.  This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.  I first started working as a janitor for ABM in 2003 and I currently work as a janitor for ABM.

3.  As a janitor for ABM, the locations I worked at during the last three years includes: 10 South Riverside Plaza, Chicago, IL.

4.  During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5.  During the last three years, I would regularly punch-in for work approximately 10 to 15 minutes before the start of my scheduled shift.

6.  Typically, as soon as I punch in for work, I would get my supplies and go to my assigned work area and begin working.

7.  Typically, at the end of my shift, I would put away my supplies up to the time I punch out.

Dated: May 24, 2013

_Maria Letowska_ Sign
Name

_MARIA LETOWSKA_ Print
Name

Data: 24 Maja, 2013 roku

Podpis: Maria Letowska

Imię i nazwisko drukiem: MARIA LETOWSKA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | Judge Joan B. Gottschall Magistrate Judge Daniel G. Martin |
| v. | ) ) | No. 13 CV 1230 |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF IRENA LEW

I,        Irena Lew, hereby declare the following under penalty of perjury:

1.        This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.        I have been working as a janitor for ABM since 1978 and I currently work as a janitor for ABM.

3.        As a janitor for ABM, the locations I worked at during the last three years includes: 130 W. Randolph, Chicago, IL.

4.        During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5.        My scheduled shifts were from 5 pm to 1:30 am.

6.        During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

7.        Typically, as soon as I punched in for work, I would get my supplies, go to my assigned work area and begin cleaning.

8.        Typically, at the end of my shift, I would stop working and put away my supplies up to the time I punched out.

Dated: June 19, 2013

_Irena Lew_ Sign
Name

_IRENA LEW_ Print
Name

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRICE IKBY BINISSIA,                          )
indywidualnie lub w imieniu wszystkich        )          Sedzia Joan B. Gottschall
pozostalych w podobnych sytuacjach.           )
                                              )
                Powód,                        )          Sedzia nizszej instancji Daniel
                                              )          G. Martin
            v.                                )
                                              )          No. 13 spr. cyw. 1230
ABM INDUSTRIES, INC.; ABM                     )
JANITORIAL SERVICES, INC.                     )
et al.,                                       )

                Pozwany.


### OSWIADCZENIE – IRENA LEW

Ja, Irena Lew, pod grozba odpowiedzialnosci karnej niniejszym oswiadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jesli zostane wezwana w charakterze świadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Rozpoczelam prace jako sprzątaczka w ABM w roku 1978 i w chwili obecnej pracuje jako sprzataczka w ABM.

3. Jako sprzątaczka w ABM, lokalizacja w ktorej pracowalam przez ostatnie trzy lata, obejmuje: 130 W. Randolpf, Chicago, IL.

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu karty perforowanej.

5. Moje zaplanowane zmiany trwaly od godziny 5 po poludniu do 1:30 nad ranem.

6. W ciagu ostatnich trzech lat regularnie odbijalam karte przed rozpoczeciem mojej zaplanowanej zmiany.

7. Zazwyczaj tuz po odbiciu karty, dostawalam moj sprzet do sprzatania, przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie.

8. Zazwyczaj pod koniec mojej zmiany, przestawalam pracowac, odkladalam sprzet do sprzatania i udawalam sie odbic karte.


Data: _10_ Czerwca, 2013 roku

                        Podpis: _Irena Lew_

                Imię i nazwisko drukiem: _IRENA LEW_

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | Judge Joan B. Gottschall |
| v. | ) ) ) | Magistrate Judge Daniel G. Martin |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) ) | No. 13 cv 1230 |
| Defendants. | ) | |

## DECLARATION

I, _Sahija Mahalic_, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: _203 N. LaSalle Chicago, IL_.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _punch card_.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. During the last three years, when I would punch-in for work before the start of my scheduled shift, I observed other janitors punching in before the start of their scheduled shifts.

7. Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June _24_, 2013

_SAHIJA ·HAKALIC_ Sign
Name
_SAHIJA MAICALIC_ Print
Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRICE IKBY BINISSIA, Individually and** | ) | |
| **on Behalf of All Others Similarly Situated,** | ) | |
| | ) | **Judge Joan B. Gottschall** |
| **Plaintiffs,** | ) | |
| | ) | **Magistrate Judge Daniel G. Martin** |
| **v.** | ) | |
| | ) | **No. 13 cv 1230** |
| **ABM INDUSTRIES, INC.; ABM** | ) | |
| **JANITORIAL SERVICES, INC. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**DECLARATION OF MARIA MAZUR**</u>

I, Maria Mazur, hereby declare the following under penalty of perjury:

1.  This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.  I first started working as a janitor for ABM in 2008 and I retired in 2011.

3.  As a janitor for ABM, the locations I worked at during the last three years of my employment includes: 130 West Randolph Street, Chicago, IL

4.  During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5.  My scheduled shifts were from 5 pm to 1:30 am.

6.  During the last three years, I would regularly punch-in for work approximately 10 minutes before the start of my scheduled shift.

7.  The time clock that I used to punch-in and punch-out was usually set either backwards or forwards from the actual time.

8.  Typically, as soon as I punched in for work, I would get my supplies such as a cart and cleaning products and go directly to the area of the building that I was assigned to and begin cleaning.

9.  Typically, at the end of my shift, I would stop working and put away my supplies up to the time I punched out.

Dated: May <u>31</u>, 2013     _____ Sign
                                             Name
                              _____ Print
                                             Name

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                              )
                              )    Judge Joan B. Gottschall
          Plaintiffs,         )
                              )    Magistrate Judge Daniel G. Martin
      v.                  )
                              )    No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                              )
         Defendants.       )

## DECLARATION

I, Tyrus Mines, hereby declare the following under penalty of perjury:

1.    This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.    I have worked for ABM as a Janitor within the last three years.

3.    As a janitor for ABM, the locations I worked at during the last three years include: Ratner Athletic Center 5530 S. Ellis

4.    During the last three years ABM recorded and tracked my punch-in and punch-out times by use of Punch Card .

5.    During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.    Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June 21, 2013

                              _Tyrus Mines_ Sign
                              Name
                              _Tyrus Mines_ Print
                              Name

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and
on Behalf of All Others Similarly Situated,

        Plaintiffs,

     v.

ABM INDUSTRIES, INC.; ABM
JANITORIAL SERVICES, INC. et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Judge Joan B. Gottschall

Magistrate Judge Daniel G. Martin

No. 13 cv 1230

## DECLARATION

I, *Hamide Hollova* hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: *180 N. LaSalle, 11E Racer* .

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of *B Punch Card* .

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. During the last three years, when I would punch-in for work before the start of my scheduled shift, I observed other janitors punching in before the start of their scheduled shifts.

7. Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June *27*, 2013

_____ Sign

*Hamide Hollova* Print
Name

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKBY RINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                               )
            Plaintiffs, )
                               )
             v. )
                               )
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                               )
           Defendants. )

Judge Joan B. Gottschall

Magistrate Judge Daniel G. Martin

No. 13 CV 1230

## DECLARATION OF ANDRZEJ MULICA

I,       Andrzej Mulica, hereby declare the following under penalty of perjury:

1.       This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.       I first started working as a janitor for ABM in 2002 and I retired in 2013.

3.       As a janitor for ABM, the location I worked at during the ten years includes: 111 W. Wacker, Chicago, IL.

4.       During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5.       My scheduled shifts were from 5 pm to 1 am.

6.       During the last three years, I would regularly punch-in for work approximately 10 minutes before the start of my scheduled shift.

7.       Typically, as soon as I punched in for work, I would get my supplies such as a cart and cleaning products and go directly to the area of the building that I was assigned to work area begin working.

8.       Typically, at the end of my shift, I would stop working and put away my supplies up to the time I punched out.

Dated: June 10, 2013

                          _Andrzej Mulica_   Sign
                          Name
                          _ANDRZEJ MULICA_   Print
                          Name

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiffs, ) ) | Judge Joan B. Gottschall |
| v. ) ) | Magistrate Judge Daniel G. Martin |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., ) ) ) ) | No. 13 CV 1230 |
| Defendants. ) | |

## DECLARATION OF IRENA NAUMOWICZ

I, Irena Naumowicz, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 1987 and I am currently working as a janitor for ABM.

3. As a janitor for ABM, the location I worked at during the last three years includes: 123 N. Wacker, Chicago, IL and 676 N. St. Claire, Chicago, IL.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. Typically, as soon as I punched in for work, I would get my supplies and go to my assigned work area and begin cleaning.

7. Typically, at the end of my shift, I would stop working and put away my supplies up to the time I punched out.

Dated: June 17, 2013

Irena Naumowicz Sign
Name
IRENA NAUMOWICZ Print
Name

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA,<br>indywidualnie lub w imieniu wszystkich<br>pozostałych w podobnych sytuacjach. | )<br>)<br>) | Sędzia Joan B. Gottschall |
| | ) | |
| Powód, | )<br>) | Sędzia niższej instancji Daniel<br>G. Martin |
| v. | )<br>) | No. 13 spr. cyw. 1230 |
| ABM INDUSTRIES, INC.; ABM<br>JANITORIAL SERVICES, INC.<br>et al., | )<br>)<br>) | |
| Pozwany. | | |

## OSWIADCZENIE – IRENA NAUMOWICZ

Ja, Irena naumowicz, pod grozba odpowiedzialnosci karnej niniejszym oswiadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jesli zostane wezwana w charakterze swiadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Rozpoczelam prace jako sprzataczka w ABM w roku 1987 i w chwili obecnej pracuje jako sprzataczka w ABM.

3. Jako sprzątaczka w ABM, lokalizacja w ktorej pracowalam przez ostatnie trzy lata, jest: 123 N. Wacker, Chicago, IL and 676 N. St. Claire, Chicago, IL.

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu karty perforowanej.

5. W ciagu ostatnich trzech lat regularnie odbijalam karte przed rozpoczeciem mojej zaplanowanej zmiany.

6. Zazwyczaj tuz po odbiciu karty, dostawalam moj sprzet do sprzatania, przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie.

7. Zazwyczaj pod koniec mojej zmiany, przestawalam pracowac, odkladalam srodki czyszczace i udawalam sie odbic karte.

Data: 17 Czerwca, 2013 roku

Podpis: _Irena Naumowie_

Imię i nazwisko drukiem: IRENA NAUMOWIE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, ) | |
| ) | Judge Joan B. Gottschall |
| Plaintiffs, ) | |
| ) | Magistrate Judge Daniel G. Martin |
| v. ) | |
| ) | No. 13 cv 1230 |
| ABM INDUSTRIES, INC.; ABM ) | |
| JANITORIAL SERVICES, INC. et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION

I, _Julia G. Navarro_, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: _100 W. 33rd Street_.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _punch card_.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. During the last three years, when I would punch-in for work before the start of my scheduled shift, I observed other janitors punching in before the start of their scheduled shifts.

7. Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June 13, 2013

_____ Sign
Name

_____ Print
Name

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                             )     **Judge Joan B. Gottschall**
           Plaintiffs, )
                             )     **Magistrate Judge Daniel G. Martin**
       v. )
                             )     **No. 13 CV 1230**
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
               )
        Defendants. )

## DECLARATION OF TOPLINKA NEDELJKOVIC

I,      Toplinka Nedeljkovic, hereby declare the following under penalty of perjury:

1.      This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.      I have been working as a janitor for ABM since 2001 until present.

3.      As a janitor for ABM, the location I worked at during the last three years includes: 233 N. Michigan, Chicago, IL.

4.      During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5.      My scheduled shifts were from 5 pm to 1 am.

6.      During the last three years, I would regularly punch-in for work approximately 10-15 minutes before the start of my scheduled shift.

7.      Typically, as soon as I punched in for work, I would get my supplies and go to my assigned work area and begin working.

8.      Typically, at the end of my shift, I would stop working and put away my supplies up to the time I punched out.

Dated: June _10_, 2013

                                      _Топлинка Недуковић_ Sign
                                         Name
                                     _TOPLINKA NEDELJKOVIĆ_ Print
                                         Name

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **BRICE IKBY BINISSIA, Individually and** | ) | |
| **on Behalf of All Others Similarly Situated,** | ) | |
| | ) | **Judge Joan B. Gottschall** |
| **Plaintiffs,** | ) | |
| | ) | **Magistrate Judge Daniel G. Martin** |
| **v.** | ) | |
| | ) | **No. 13 cv 1230** |
| **ABM INDUSTRIES, INC.; ABM** | ) | |
| **JANITORIAL SERVICES, INC. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DECLARATION OF ANTONINA NIEMIEC

I, Antonina Niemiec, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 1997 and I currently work as a janitor for ABM.

3. As a janitor for ABM, the locations I worked at during the last three years includes: 123 North Wacker Drive, Chicago, IL.

4. During the last three years, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years, my scheduled shifts were from 5 pm – 1 am.

6. During the last three years, I would regularly punch-in for work approximately 20 minutes before the start of my scheduled shift.

7. The time clock that I used to punch-in and punch-out was usually set ahead of the actual time.

8. Typically, as soon as I punch in for work, I would get my supplies and go to my assigned work area to begin cleaning.

9. Typically, at the end of my shift, I would put away my cleaning supplies up to the time I punch out.

10. Within approximately the last 5 months, we were instructed by our supervisors to punch-in 10 minutes before the start of our scheduled shift and punch-out 10 minutes before the end of our scheduled shift.

Dated: May 30, 2013

_____ Signature

Antonina NIEMIEC Print Name

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, | ) | |
| indywidualnie oraz w imieniu wszystkich | ) | |
| innych w podobnej sytuacji, | ) | Sędzia Joan B. Gottschall |
| | ) | |
| Powód, | ) | Sędzia niższej instancji Daniel G. |
| | ) | Martin |
| przeciwko | ) | |
| | ) | Nr 13 spr. cyw. 1230 |
| ABM INDUSTRIES, INC.; ABM | ) | |
| JANITORIAL SERVICES, INC. | ) | |
| et al., | ) | |

Pozwani.

## OŚWIADCZENIE - ANTONINA NIEMIEC

Ja, Antonina Niemiec, pod groźbą odpowiedzialności karnej niniejszym oświadczam, co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jeśli zostanę wezwana w charakterze świadka, kompetentnie złożę zeznania co do faktów zawartych w tym oświadczeniu.

2. Zaczęłam pracować jako dozorczyni w ABM w 1997 roku i obecnie pracuję jako dozorczyni w ABM.

3. Będąc dozorczynią w ABM, jednym z miejsc, w których pracowałam w ciągu ostatnich trzech lat, jest: 123 North Wacker Drive, Chicago, IL.

4. W ciągu ostatnich trzech lat ABM rejestrowało oraz monitorowało mój czas przyjścia do pracy i czas wyjścia z pracy przy użyciu karty perforowanej.

5. W ciągu ostatnich trzech lat moje zaplanowane zmiany trwały od godziny 17 do 1 w nocy.

6. W ciągu ostatnich trzech lat meldowałam się regularnie około 20 minut przed rozpoczęciem mojej zaplanowanej zmiany.

7. Zegar kontrolny, według którego meldowałam mój czas przyjścia do pracy i czas wyjścia z pracy, był zazwyczaj ustawiony z wyprzedzeniem w stosunku do rzeczywistego czasu.

8. Zazwyczaj tuż po zameldowaniu się dostaję mój sprzęt, przechodzę do wyznaczonego mi miejsca pracy i rozpoczynam sprzątanie.

9. Zazwyczaj pod koniec mojej zmiany odkładam mój sprzęt do czasu rejestracji mojego wyjścia z pracy.

10. W ciągu ostatnich 5 miesięcy zostaliśmy poinstruowani przez naszych przełożonych, aby meldować nasz czas przyjścia do pracy 10 minut przed rozpoczęciem naszej zaplanowanej zmiany i czas wyjścia z pracy 10 minut przed końcem naszej zaplanowanej zmiany.

Data: _30_ maja, 2013 roku          Podpis: _Niemiec_

Imię i nazwisko drukowanymi literami: ANTONINA NIEMIEC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                                           )   Judge Joan B. Gottschall

            Plaintiffs,        )
                                           )   Magistrate Judge Daniel G. Martin

        v.                          )
                                         )   No. 13 cv 1230

ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                                         )
           Defendants.      )

## DECLARATION OF KRYSTYNA NOWAK

I, Krystyna Nowak, hereby declare the following under penalty of perjury:

1.    This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.    I first started working as a janitor for ABM in 2002 – 2008, then again in 2009 through 2012. I have not worked for ABM since 2012.

3.    As a janitor for ABM, the locations I worked at during the last three years includes: 233 North Michigan Avenue, Chicago, IL.

4.    During the last three years ABM recorded and tracked my punch in and out times by use of a punch card.

5.    During the last three years, I worked the 5 pm to 1 am shift.

6.    During the last three years, I would regularly punch-in for work approximately 10 minutes before the start of my scheduled shift.

7.    Typically, as soon as I punched-in for work, we would begin to collect our cleaning supplies and go directly to the area of the building we were assigned to and begin cleaning.

8.    Typically, at the end of my shift, I would stop working and put away my cleaning supplies up to the time I punched out.

Dated: May 31, 2013          _Nowak Krystyna_____Sign
                                      Name
                        NOWAK KRYSTYNA Print
                                      Name

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BRICE IKBY BINISSIA,                          )
indywidualnie oraz w imieniu wszystkich       )
innych w podobnej sytuacji,                    )          Sędzia Joan B. Gottschall
                                              )
                          Powód,               )      Sędzia niższej instancji Daniel G.
                                              )                   Martin
                       przeciwko               )
                                              )          Nr 13 spr. cyw. 1230
ABM INDUSTRIES, INC.; ABM                      )
JANITORIAL SERVICES, INC.                      )
et al.,                                        )
                                              )
                          Pozwani.

### OŚWIADCZENIE - KRYSTYNA NOWAK

Ja, Krystyna Nowak, pod groźbą odpowiedzialności karnej niniejszym oświadczam, co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jeśli zostanę wezwana w charakterze świadka, kompetentnie złożę zeznania co do faktów zawartych w tym oświadczeniu.

2. Pracowałam jako dozorczyni w ABM od 2002 do 2008 roku, a później od 2009 do 2012 roku. Nie pracuję w ABM od 2012 roku.

3. Będąc dozorczynią w ABM, jednym z miejsc, w których pracowałam w ciągu ostatnich trzech lat, jest: 233 North Michigan Avenue, Chicago, IL.

4. W ciągu ostatnich trzech lat ABM rejestrowało oraz monitorowało mój czas przyjścia do pracy i czas wyjścia z pracy przy użyciu karty perforowanej.

5. W ciągu ostatnich trzech lat pracowałam na zmianie od godziny 17 do 1 w nocy.

6. W ciągu ostatnich trzech lat meldowałam się regularnie około 10 minut przed rozpoczęciem mojej zaplanowanej zmiany.

7. Zazwyczaj tuż po zameldowaniu się zabieraliśmy nasz sprzęt do sprzątania oraz środki czystości, przechodziliśmy bezpośrednio do części budynku, którą nam wyznaczano i rozpoczynaliśmy pracę.

8. Zazwyczaj pod koniec mojej zmiany kończyłam pracę i odkładałam mój sprzęt do czasu rejestracji mojego wyjścia z pracy.

Data: 31 maja, 2013 roku                    Podpis: _Nowak Krystyna_

                          Imię i nazwisko drukowanymi literami: _NOWAK KRYSTYNA_

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and          )
on Behalf of All Others Similarly Situated,    )
                                               )     Judge Joan B. Gottschall
                    Plaintiffs,                )
                                               )     Magistrate Judge Daniel G. Martin
            v.                                 )
                                               )     No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM                      )
JANITORIAL SERVICES, INC. et al.,              )
                                               )
                    Defendants.                )

## DECLARATION OF DZEMILA OSMANKIC

I, Dzemila Osmankic, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 2001 and I currently work as a janitor for ABM.

3. As a janitor for ABM, the location I worked at during the last three years include:

   180 North LaSalle Street, Chicago, IL.

4. During the last three years, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years, my scheduled shift is 5 pm to 1:30 am.

6. During the last three years, I would regularly punch-in for work before my scheduled shift.

7. Typically, as soon as I punched in for work, I would get my keys and cleaning supplies, go to my assigned work area and begin cleaning.

Dated: June 18, 2013

_____Signature

_____Print Name
DZEMILA OSMANKIC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated,** ) ) ) | |
| **Plaintiffs,** ) ) ) | Judge Joan B. Gottschall |
| **v.** ) ) | Magistrate Judge Daniel G. Martin |
| **ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al.,** ) ) ) | No. 13 cv 1230 |
| **Defendants.** ) | |

## DECLARATION OF MARIA PATYK

I, Maria Patyk, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 2006 and I currently work as a janitor for ABM.

3. As a janitor for ABM, the locations I worked at during the last three years includes: 222 South Riverside Plaza, Chicago, IL.

4. During the last three years, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years, I would regularly punch-in for work approximately 7 to 8 minutes before my scheduled shift.

6. Within approximately the last month, our supervisors instructed us to punch-in for work 5 minutes before the start of our shift and punch-out 5 minutes before the end of our shift.

7. Typically, as soon as I punch-in for work, I would get my cleaning supplies and go directly to the area I was assigned to and begin cleaning.

8. Typically, at the end of my shift, I would put away my supplies up to the time I punch-out.

Dated: May 31, 2013

_____ Signature

MARIA PATYK _____ Print Name

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                                            )    **Judge Joan B. Gottschall**
             **Plaintiffs,**     )
                                            )    **Magistrate Judge Daniel G. Martin**
       **v.**                    )
                                            )    **No. 13 cv 1230**
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                                            )
           **Defendants.**     )

## DECLARATION

I, _Popiela Richard_ hereby declare the following under penalty of perjury:

1.    This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.    I have worked for ABM as a Janitor within the last three years.

3.    As a janitor for ABM, the locations I worked at during the last three years include: _233 N michaihe_ .

4.    During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _punch Time CArds_ .

5.    During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.    Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June _28_, 2013             _Richard Popiela_ Sign
                                                Name
                                   _Popiela Richard_ Print
                                                 Name

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | Judge Joan B. Gottschall |
| | ) ) | Magistrate Judge Daniel G. Martin |
| v. | ) ) | No. 13 cv 1230 |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION

I, _Prodanic Mirjana_, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: _Willis tower #3_.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _punch card_.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. During the last three years, when I would punch-in for work before the start of my scheduled shift, I observed other janitors punching in before the start of their scheduled shifts.

7. Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June _24_ 2013

_Mirjana Prodanic_ Sign
Name
_PRODANIC MIRJANA_ Print
Name

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                        )   Judge Joan B. Gottschall
         Plaintiffs, )
                        )   Magistrate Judge Daniel G. Martin
       v. )
                        )   No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                        )
      Defendants. )

## DECLARATION OF KRYSTYNA RODAK

I, Krystyna Rodak, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 1999 through 2011. I have not worked for ABM since May 2011.

3. As a janitor for ABM, the locations I worked at during the last three years includes: 120 South Riverside Plaza, Chicago, IL.

4. During the last three years of my employment, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years of my employment, my scheduled shifts were between 2 pm – 10 pm.

6. During the last three years, I would regularly punch-in for work approximately 10 minutes before the start of my scheduled shift.

7. Typically, as soon as I punched in for work, I would get my cleaning supplies and go to my assigned work area to begin cleaning.

8. Typically, at the end of my shift, I would put away my cleaning supplies up to the time I punched out.

Dated: May ___, 2013
06.04.13

_Krystyna Rodak_ Signature

_KRYSTYNA RODAK_ Print Name

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **BRICE IKBY BINISSIA,** indywidualnie oraz w imieniu wszystkich innych w podobnej sytuacji, | ) ) ) ) |
| Powód, | ) ) |
| przeciwko | ) ) ) |
| **ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC.** et al., | ) ) ) ) |

Sędzia Joan B. Gottschall

Sędzia niższej instancji Daniel G. Martin

Nr 13 spr. cyw. 1230

Pozwani.

## OŚWIADCZENIE - KRYSTYNA RODAK

Ja, Krystyna Rodak, pod groźbą odpowiedzialności karnej niniejszym oświadczam, co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jeśli zostanę wezwana w charakterze świadka, kompetentnie złożę zeznania co do faktów zawartych w tym oświadczeniu.

2. Pracowałam jako dozorczyni w ABM od 1999 do 2011 roku. Nie pracuję w ABM od maja 2011 roku.

3. Będąc dozorczynią w ABM, jednym z miejsc, w których pracowałam w ciągu ostatnich trzech lat, jest: 120 South Riverside Plaza, Chicago, IL.

4. W ciągu ostatnich trzech lat mojej pracy ABM rejestrowało oraz monitorowało mój czas przyjścia do pracy i czas wyjścia z pracy przy użyciu karty perforowanej.

5. W ciągu ostatnich trzech lat mojej pracy, moje zaplanowane zmiany trwały od godziny 14 do 22.

6. W ciągu ostatnich trzech lat meldowałam się regularnie około 10 minut przed rozpoczęciem mojej zaplanowanej zmiany.

7. Zazwyczaj tuż po zameldowaniu się dostawałam mój sprzęt do sprzątania oraz środki czystości, przechodziłam do wyznaczonego mi miejsca pracy i rozpoczynałam sprzątanie.

8. Zazwyczaj pod koniec mojej zmiany odkładałam mój sprzęt do czasu rejestracji mojego wyjścia z pracy.

Data: _____ maja, 2013 roku

06/04/13

Podpis: *Krystyna Rodak*

Imię i nazwisko drukowanymi literami: *KRYSTYNA RODAK*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
)
Plaintiffs, )
)
v. )
)
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
)
Defendants. )

Judge Joan B. Gottschall

Magistrate Judge Daniel G. Martin

No. 13 cv 1230

## DECLARATION OF ZELJKA VLADIC

I, Zeljka Vladic, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 2005 and I currently work as a janitor for ABM.

3. As a janitor for ABM, the locations I worked at during the last three years includes: 130 East Randolph Street, Chicago, IL.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. My scheduled shifts were from 5 pm to 1:30 am. Within approximately the last year, my scheduled shifts changed to 1 pm to 9:30 pm.

6. During the last three years, I would regularly punch-in for work approximately 10 minutes before the start of my scheduled shift.

7. Typically, as soon as I punch-in for work, I would get my cleaning supplies and go directly to the area of the building I was assigned to and begin cleaning.

8. Typically, at the end of my shift, I would put away my cleaning supplies up to the time I punch-out.

Dated: May 4, 2013

_Zeljka Vladic_ Sign
Name

_ZELJKA VLADIC_ Print
Name

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                                    )     Judge Joan B. Gottschall
        Plaintiffs,         )
                                   )     Magistrate Judge Daniel G. Martin
      v.                 )
                                   )     No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                                 )
        Defendants.      )

## DECLARATION OF LUIS A. ZAYAS

I, Luis A. Zayas, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 2001 and I currently do not work as a janitor for ABM.

3. As a janitor for ABM, the locations I worked at during the last three years includes: 141 W. Jackson Blvd., Chicago, IL.

4. During the last three years, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years, I would regularly punch-in for work approximately right on time for my scheduled shift.

6. Typically, as soon as I punch-in for work, I would get my cleaning supplies and go directly to the area I was assigned to and begin cleaning.

7. Typically, at the end of my shift, I would put away my supplies and prepare to leave up to the time I punch-out.

Dated: June 11, 2013                                       Signature

                                                 Print Name

**ESTADOS UNIDOS TRIBUNAL DE DISTRITO**
**Distrito Norte de Illinois**
**DIVISION DEL ESTE**

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individual y | ) | |
| en nombre de todos los demás en una situación similar, | ) | El juez Joan B. Gottschall |
| Los demandantes, | ) | |
| | ) | El juez federal Daniel G. Martin |
| v | ) | N° 13 cv 1230 |
| | ) | |
| ABM INDUSTRIALES, INC; ABM | ) | |
| Servicios de limpieza, Inc. et al. | ) | |
| | ) | |
| Los acusados. | ) | |

## DECLARACIÓN DE LUIA A. ZAYAS

I, Luis A. Zayas, declaramos lo siguiente, bajo pena de perjurio:

1. Esta Declaración se basa en mi conocimiento personal y si es llamado como testigo que sería competente para dar fe de los hechos contenidos en esta Declaración.

2. Empecé a trabajar como conserje de ABM en 2001 y no estoy actualmente trabajo como conserje de ABM.

3. Como un conserje para ABM, los lugares que trabajé durante los últimos tres años incluye: 141 W. Jackson Blvd, Chicago, IL.

4. Durante los últimos tres años, ABM registrado y rastreado mi punch-in y punch-a veces mediante el uso de una tarjeta perforada.

5. Durante los últimos tres años, yo regularmente ponche en el trabajo alrededor de justo a tiempo para mi turno de trabajo.

6. Por lo general, tan pronto como punch-in para el trabajo, me gustaría tener mis productos de limpieza e ir directamente a la zona me asignaron y comenzar a limpiar.

7. Por lo general, al final de mi turno, me guarde mis provisiones y prepararse para salir a la vez que Punch-Out.

Fecha: junio 11 de 2013 _____ Firma
_____ Imprimir Nombre

Luis Zaya

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Judge Joan B. Gottschall

Magistrate Judge Daniel G. Martin

No. 13 cv 1230

## <u>DECLARATION OF ALINA BACZEK</u>

I, Alina Baczek, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 2000 through 2012. I have not worked for ABM since October 2012.

3. As a janitor for ABM, the locations I worked at during the last three years includes: 20 N. Wacker Dr., Chicago, IL

4. During the last three years, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. In the last three years of my employment, my scheduled shifts were from 4:45 pm – 12:45 am.

6. During the last three years, I would regularly punch-in for work approximately 5 to 10 minutes before the start of my scheduled shift.

7. Typically, as soon as I punched in for work, I would get my cleaning supplies and go to my assigned work area to begin cleaning.

8. Typically, at the end of my shift, I returned my keys and put away my cleaning supplies up to the time I punched out.

Dated: June 10, 2013          _Alina Baczek_ Signature

                              _ALINA BACZEK_ Print Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, | ) | |
| indywidualnie lub w imieniu wszystkich | ) | |
| innych w podobnych sytuacjach. | ) | Sędzia Joan B. Gottschall |
| | ) | |
| Powód, | ) | Sędzia niższej instancji Daniel |
| | ) | G. Martin |
| v. | ) | |
| | ) | No. 13 spr. cyw. 1230 |
| ABM INDUSTRIES, INC.; ABM | ) | |
| JANITORIAL SERVICES, INC. | ) | |
| et al., | ) | |

Pozwany.

### OSWIADCZENIE - ALINA BACZEK

Ja, Alina Baczek, pod grozba odpowiedzialnosci karnej niniejszym oswiadczam co następuje:

1. Niniejsze oswiadczenia oparte jest na mojej osobistej wiedzy i jeśli zostane wezwana w charakterze swiadka, kompetentnie zloze zeznania co do faktów zawartych w tym oswiadczeniu.

2. Pracowalam jako sprzątaczka (janitor) w ABM od 2000 do 2012 roku. Nie pracuje w ABM od pazdziernika 2012 roku.

3. Bedac sprzataczka w ABM, lokalizacja w ktorej pracowalam w ciagu ostatnich trzech lat, jest: 20 N. Wacker Dr., Chicago, IL.

4. W ciagu ostatnich trzech lat mojej pracy, ABM rejestrowalo oraz monitorowalo moj czas przyjcia do pracy i czas wyjscia z pracy przy uzyciu karty perforowanej.

5. W ciagu ostatnich trzech lat mojej pracy, moje zaplanowane zmiany trwaly od 4:45 po poludniu do 12:45 w nocy.

6. 5. W ciagu ostatnich trzech lat meldowalam sie regularnie okolo 5 do 10 minut przed rozpoczeciem mojej zaplanowanej zmiany.

7. Zazwyczaj tuz po zameldowaniu sie dostawalam moj sprzet do sprzatania oraz srodki czystosci, przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie.

8. Zazwyczaj pod koniec mojej zmiany oddawalam moje klucze i odkladalam moj sprzet do czasu rejestracji mojego wyjscia z pracy.

Data: 10 Czerwca, 2013 roku

Podpis: _Aline Baczek_

Imię i nazwisko drukiem: _ALINA BACZEK_

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| | ) | Judge Joan B. Gottschall |
| Plaintiffs, | ) ) | Magistrate Judge Daniel G. Martin |
| v. | ) ) | No. 13 CV 1230 |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF IRENA OBOKOWICZ

I, Irena Obokowicz, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in the year 2000 and I currently work as a janitor for ABM.

3. As a janitor for ABM, the locations I worked at during the last three years includes: 111 West Monroe Street, Chicago, IL.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years, I would regularly punch-in for work approximately 10 minutes before the start of my scheduled shift.

6. Typically, as soon as I punch in for work, I would get my supplies and go to my assigned work area to begin cleaning.

7. Typically, at the end of my shift, I would stop working and put away my cleaning supplies up to the time I punch out.

8. Within approximately the last 5 months, our supervisors do not allow us to punch-in for work earlier than 5 pm and we must punch out exactly at the end of our scheduled shift.

Dated: June 15, 2013      _Irena G. Obokowicz_ Sign
                                              Name
                          _IRENA G. OBOKOWICZ_ Print
                                              Name

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRICE IKBY BINISSIA,<br>indywidualnie lub w imieniu wszystkich<br>pozostałych w podobnych sytuacjach. | ) ) ) ) | Sędzia Joan B. Gottschall |
| Powód, | ) ) | Sedzia Niższej Instancji Daniel<br>G. Martin |
| v. | ) ) | No. 13 spr. cyw. 1230 |
| ABM INDUSTRIES, INC.; ABM<br>JANITORIAL SERVICES, INC.<br>et al., | ) ) ) ) | |
| Pozwany. | | |

<u>**OSWIADCZENIE- IRENA OBOKOWICZ**</u>

Ja, Irena Obokowicz, pod grozba odpowiedzialnosci karnej niniejszym oświadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jesli zostane wezwana w charakterze swiadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Rozpoczelam prace jako sprzataczka w ABM w roku 2000 i w obecnej chwili pracuje jako sprzataczka w ABM.

3. Jako sprzataczka w ABM, lokalizacja w ktorej pracowalam przez ostatnie trzy lata, jest: 111 West Monroe Street, Chicago, IL.

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu karty perforowanej (punch card).

5. W ciagu ostatnich trzech lat regularnie odbijalam karte okolo 10 minut przed rozpoczeciem mojej zaplanowanej zmiany.

6. Zazwyczaj tuz po odbiciu karty, dostawalam swoj sprzet do sprzatania, przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie.

7. Zazwyczaj pod koniec mojej zmiany, przestawalam pracowac, odkladalam srodki czyszczace i udawalam sie odbic karte.

8. W ciagu okolo ostatnich 5 miesiecy, nasi przelozeni nie pozwalaja nam odbijac karty wczesniej niz o 5 po poludniu i musimy odbijac karte dokladnie na koncu naszej zaplanowanej zmiany.

Data: _15_ Czerwiec, 2013 roku

Podpis: _Irene G. Obokowicz_

Imię i nazwisko drukiem: _JRENA G. OBOKOWICZ_

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, ) ) ) | |
| | Judge Joan B. Gottschall |
| Plaintiffs, ) | |
| | Magistrate Judge Daniel G. Martin |
| v. ) | |
| | No. 13 CV 1230 |
| ABM INDUSTRIES, INC.; ABM ) JANITORIAL SERVICES, INC. et al., ) ) | |
| Defendants. ) | |

## DECLARATION OF DANUTA PAPROCKA

I,  Danuta Paprocka, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have been working as a janitor for ABM since 1993 and I currently work as a janitor for ABM.

3. As a janitor for ABM, the locations I worked at during the last three years includes: 111 W. Monroe, Chicago, IL.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. My scheduled shifts were from 5 pm to 1 am.

6. During the last three years, I would regularly punch-in for work approximately 10 minutes before the start of my scheduled shift.

7. Typically, as soon as I punched in for work, I would get my supplies and go to my assigned work area and begin cleaning.

8. Typically, at the end of my shift, I would stop working and put away my supplies up to the time I punched out.

9. Within approximately the last 3 months, our supervisors do not allow us to punch-in for work earlier than 5 pm and we must punch out exactly at the end of our scheduled shift.

Dated: June 15, 2013

_____ Sign
Name

_____ Print
Name

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BRICE IKBY BINISSIA,** indywidualnie lub w imieniu wszystkich pozostałych w podobnych sytuacjach. | ) ) ) ) | Sędzia Joan B. Gottschall |
| Powód, | ) ) ) | Sędzia niższej instancji Daniel G. Martin |
| v. | ) ) | No. 13 spr. cyw. 1230 |
| **ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC.** et al., | ) ) ) ) | |
| Pozwany. | | |

## OŚWIADCZENIE – DANUTA PAPROCKA

Ja, Danuta Paprocka, pod grozbą odpowiedzialności karnej niniejszym oświadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jeśli zostanę wezwana w charakterze świadka, kompetentnie złożę zeznania co do faktów zawartych w tym oświadczeniu.

2. Rozpoczęłam pracę jako sprzątaczka w ABM w roku 1993 i w chwili obecnej pracuję jako sprzątaczka w ABM.

3. Jako sprzątaczka w ABM, lokalizacja w której pracowałam przez ostatnie trzy lata, obejmuje: 111 W. Monroe, Chicago, IL.

4. W ciągu ostatnich trzech lat ABM rejestrowało oraz monitorowało mój czas przyjścia do pracy i czas wyjścia z pracy przy użyciu karty perforowanej.

5. Moje zaplanowane zmiany trwały od godziny 5 po południu do 1 nad ranem.

6. W ciągu ostatnich trzech lat regularnie odbijałam kartę około 10 minut przed rozpoczęciem mojej zaplanowanej zmiany.

7. Zazwyczaj tuż po odbiciu karty, dostawałam mój sprzęt do sprzątania, przechodziłam do wyznaczonego mi miejsca pracy i rozpoczynałam sprzątanie.

8. Zazwyczaj pod koniec mojej zmiany, przestawałam pracować, odkładałam sprzęt do sprzątania i udawałam się odbić kartę.

9. W ciągu około ostatnich 3 miesięcy, nasi przełożeni nie pozwalają nam odbijać karty wcześniej niż o godzinie 5 po południu i musimy odbijać kartę dokładnie na końcu naszej zaplanowanej zmiany.

Data: **15** Czerwca, 2013 roku

Podpis: _Danuta Paprocka_

Imię i nazwisko drukiem: _DANUTA PAPROCKA_

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | Judge Joan B. Gottschall |
| v. | ) ) | Magistrate Judge Daniel G. Martin |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | No. 13 CV 1230 |
| Defendants. | ) ) | |

### DECLARATION OF MARIA RYCHTARCZYK

I,     Maria Rychtarczyk, hereby declare the following under penalty of perjury:

1.     This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.     I have been working as a janitor for ABM in 2001 to 2008, and then in 2009 to 2012. I currently not work as a janitor for ABM.

3.     As a janitor for ABM, the locations I worked at during the last three years includes:  233 N. Michigan, Chicago, IL.

4.     During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5.     My scheduled shifts were from 5 pm to 1 am.

6.     During the last three years, I would regularly punch-in for work approximately 10 minutes before the start of my scheduled shift.

7.     Typically, as soon as I punched in for work, I would get my supplies and go to my assigned work area and begin cleaning.

8.     Typically, at the end of my shift, I would stop working and put away my supplies up to the time I punched out.

Dated: June 13, 2013

_Maria Rychtarczyk_     Sign
Name

_MARIA RYCHTARCZYK_     Print
Name

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKRY BINISSIA,                    )
indywidualnie lub w imieniu wszystkich   )        Sedzia Joan B. Gottschall
pozostałych w podobnych sytuacjach.      )
                                         )
                                         )        Sedzia nizszej instancji Daniel
            Powód,                       )        G. Martin
                                         )
            v.                           )         No. 13 spr. cyw. 1230
                                         )
ABM INDUSTRIES, INC.; ABM                )
JANITORIAL SERVICES, INC.                )
et al.,                                  )
                                         )
            Pozwany.

## OSWIADCZENIE – MARIA RYCHTARCZYK

Ja, Maria Rychtarczyk, pod grozba odpowiedzialnosci karnej niniejszym oswiadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jesli zostane wezwana w charakterze swiadka, kompetentnie złoze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Rozpoczelam prace jako sprzataczka (janitor) w ABM w roku 2001 do 2008, a następnie w roku 2009 do 2012. W chwili obecnej nie pracuje jako sprzataczka w ABM.

3. Jako sprzątaczka w ABM, lokalizacja w ktorej pracowalam przez ostatnie trzy lata, jest: 233 N. Michigan, Chicago, IL.

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu karty perforowanej (punch card).

5. Moje zaplanowane zmiany trwaly od godziny 5 po poludniu do 1 nad ranem.

6. W ciagu ostatnich trzech lat regularnie odbijalam karte okolo 10 minut przed rozpoczeciem mojej zaplanowanej zmiany.

7. Zazwyczaj tuz po odbiciu karty, dostawalam moj sprzet do sprzatania oraz srodki czystosci, przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie.

8. Zazwyczaj pod koniec mojej zmiany, przestawalam pracowac, odkladalam srodki czyszczace i udawalam sie odbic karte.

Data: 13 Czerwca, 2013 roku

Podpis: _Maria Rychtarczyk_

Imię i nazwisko drukiem: MARIA RYCHTARCZYK

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                              )
            Plaintiffs, )
                              )
     v.                            )
                              )
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                              )
           Defendants. )

Judge Joan B. Gottschall

Magistrate Judge Daniel G. Martin

No. 13 cv 1230

## DECLARATION

I, _Slavojka Stojilkovic_, hereby declare the following under penalty of perjury:

1.    This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.    I have worked for ABM as a Janitor within the last three years.

3.    As a janitor for ABM, the locations I worked at during the last three years include: _333 S. Wabash_.

4.    During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _punch cards_.

5.    During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.    Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June _28_, 2013

                          _Slavojka Stojilkovic_ Sign
                               Name
                          _Slavojka Stojilkovic_ Print
                               Name

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRICE IKBY BINISSIA,                )
Individually and on Behalf of All   )
Others Similarly Situated,          )    Judge Joan B. Gottschall
                                    )
            Plaintiffs,             )    Magistrate Judge Daniel G. Martin
                                    )
            v.                      )    No. 13 cv 1230
                                    )
ABM INDUSTRIES, INC.; ABM           )
JANITORIAL SERVICES, INC. et        )
al.,                                )
                                    )
            Defendants.             )

## DECLARATION OF DANUTA SAGULA

I, Danuta Sagula, hereby declare the following under penalty of perjury:

1.    This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.    I first started working as a janitor for ABM in 2004 and I currently work as a janitor for ABM.

3.    As a janitor for ABM, the locations I worked at during the last three years includes: 191 North Wacker Drive, Chicago, IL.

4.    During the last three years, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5.    During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.    Typically, as soon as I punch-in for work, I would get my keys and cleaning supplies and then I would go directly to the area of the building I was assigned to and begin cleaning.

7.    Typically, at the end of my shift, I would put away keys and cleaning supplies up to the time I punch-out.

8.    Within approximately the last 6 months, our supervisors do not allow the janitors who work from 5 pm to 1 am shift, including myself, to punch-in for work earlier than 5 pm.

Dated: June 18, 2013

_Danuta Sagula_ Sign
Name

_DANUTA SAGULA_ Print
Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, | ) | |
| indywidualnie lub w imieniu wszystkich | ) | |
| pozostałych w podobnych sytuacjach. | ) | **Sedzia Joan B. Gottschall** |
| | ) | |
| Powód, | ) | **Sedzia niższej instancji Daniel** |
| | ) | **G. Martin** |
| v. | ) | |
| | ) | No. 13 spr. cyw. 1230 |
| ABM INDUSTRIES, INC.; ABM | ) | |
| JANITORIAL SERVICES, INC. | ) | |
| et al., | ) | |
| Pozwany. | | |

## OŚWIADCZENIE – DANUTA SEGALA

Ja, Danuta Segala, pod grozba odpowiedzialnosci karnej niniejszym oswiadczam co nastepuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jesli zostane wezwana w charakterze swiadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Rozpoczelam prace jako sprzątaczka w ABM w roku 2004 i w chwili obecnej pracuje jako sprzataczka w ABM.

3. Jako sprzątaczka w ABM, lokalizacja w ktorej pracowalam przez ostatnie trzy lata, jest: 191 North Wacker Drive, Chicago, IL.

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu karty perforowanej.

5. W ciagu ostatnich trzech lat regularnie odbijalam karte przed rozpoczeciem mojej zaplanowanej zmiany.

6. Zazwyczaj tuz po odbiciu karty, bralam moje klucze i moj sprzet do sprzatania, przechodzilam bezposrednio do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie.

7. Zazwyczaj pod koniec mojej zmiany, odkladalam klucze i sprzet do sprzatania az do czasu odbicia karty.

8. W ciagu okolo 6 ostatnich miesiecy, nasi przelozeni nie pozwalaja sprzatacza ktorzy pracuja od godziny 5 po poludniu do1 nad ranem, wlacznie ze mna, odbijac karty wczesniej niz o 5 po poludniu.

Data: _18_ Czerwca, 2013 roku

Podpis: _Danuta Sagula_

Imię i nazwisko drukiem: _SAGULA DANUTA_

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
)  Judge Joan B. Gottschall
Plaintiffs, )
)  Magistrate Judge Daniel G. Martin
v. )
)  No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
)
Defendants. )

## DECLARATION OF STANISLAWA SEK

I, Stanislawa Sek, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 1995 and I have not worked for ABM since February 2012.

3. As a janitor for ABM, the location I worked at during the last three years of my employment include: 1040 North Marsfield Street, Chicago, IL.

4. During the last three years, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. My scheduled shifts were from 5 pm – 12 am.

6. During the last three years, I would regularly punch-in before the start of my scheduled shift.

7. Typically, as soon as I punched in for work, I would get my supplies, go to my assigned work area and begin cleaning.

8. Typically, at the end of my shift, I would stop working and put away my supplies up to the time I punched out.

Dated: June 14, 2013

_Stanislawa Sek_ Signature

STANISLAWA SEK Print Name

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKBY BINISSIA,           )
indywidualnie lub w imieniu    )
wszystkich                     )      Sędzia Joan B. Gottschall
pozostałych w podobnych sytuacjach. )
                               )      Sedzia nizszej Instancji Daniel
        Powód,                 )      G. Martin
                               )
        v.                     )       No. 13 spr. cyw. 1230
                               )
ABM INDUSTRIES, INC.; ABM      )
JANITORIAL SERVICES, INC.      )
et al.,                        )

        Pozwany.

## OSWIADCZENIE- STANISLAWA SEK

Ja, Stanislawa Sek, pod grozba odpowiedzialnosci karnej niniejszym oświadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jeśli zostane wezwana w charakterze swiadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Pracowalam jako sprzątaczka w ABM od roku 1995 do 2012. W obecnej chwili nie pracuje jako sprzataczka w ABM.

3. Jako sprzataczka w ABM, lokalizacja w ktorej pracowalam przez ostatnie trzy lata, obejmuje:1040 North Marsfield Street, Chicago, IL.

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia z pracy i czas wyjscia z pracy przy uzyciu karty perforowanej.

5. Moje zaplanowane zmiany trwaly od godziny 5 po poludniu do 1 nad ranem.

6. W ciagu ostatnich trzech lat regularnie odbijalem karte przed rozpoczeciem mojeje zaplanowanej zmiany.

7. Zazwyczaj tuz po odbiciu karty, dostawalam swoj sprzet do sprzatania, przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie.

8. Zazwyczaj pod koniec mojej zmiany, przestawalam pracowac, odkladalam swoj sprzet az do czasu odbicia karty.

Data: Czerwiec 14, 2013.

Podpis: _Stanislawa Sek_

Imię i nazwisko drukiem: _STANISLAWA SEK_

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| | ) | Judge Joan B. Gottschall |
| Plaintiffs, | ) ) | |
| | ) | Magistrate Judge Daniel G. Martin |
| v. | ) ) | |
| | ) | No. 13 cv 1230 |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF FRANK PISZCZOR

I, Frank Piszczor, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 1993 and I currently work as a janitor for ABM.

3. As a janitor for ABM, the locations I worked at during the last three years of my employment includes: 203 North LaSalle Street, Chicago, IL.

4. During the last three years, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years, I would regularly punch-in for work approximately before my scheduled shift.

6. Typically, as soon as I punch in for work, I would get my supplies and go to my assigned work area to begin cleaning.

7. Typically, at the end of my shift, I would stop working and put away my supplies up to the time I punch out.

8. Within approximately the last 2 to 3 months, our supervisors do not allow the janitors who work the 6 am to 2:30 pm shift, including myself, to punch-in for work earlier than 6 am.

Dated: June 26, 2013

_____ Signature

_____ Print Name

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BRICE IKBY BINISSIA, indywidualnie oraz w imieniu wszystkich innych w podobnej sytuacji, ) ) ) ) | Sędzia Joan B. Gottschall |
| Powód, ) ) | Sędzia niższej instancji Daniel G. Martin |
| przeciwko ) ) | Nr 13 spr. cyw. 1230 |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., ) ) ) ) | |
| Pozwani. | |

## OŚWIADCZENIE - FRANK PISZCZOR

Ja, Frank Piszczor, pod groźbą odpowiedzialności karnej niniejszym oświadczam, co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jeśli zostanę wezwany w charakterze świadka, kompetentnie złożę zeznania co do faktów zawartych w tym oświadczeniu.

2. Zacząłem pracować jako sprzątacz w ABM w 1993 roku i obecnie pracuję jako sprzątacz w ABM.

3. Będąc sprzątaczem w ABM, jednym z miejsc, w których pracowałem w ciągu ostatnich trzech lat, jest: 203 North LaSalle Street, Chicago, IL.

4. W ciągu ostatnich trzech lat ABM rejestrowało oraz monitorowało mój czas przyjścia do pracy i czas wyjścia z pracy przy użyciu karty perforowanej.

5. W ciągu ostatnich trzech lat meldowałem się regularnie przed rozpoczęciem mojej zaplanowanej zmiany.

6. Zazwyczaj tuż po zameldowaniu się dostaję mój sprzęt, przechodzę do wyznaczonego mi miejsca pracy i rozpoczynam pracę.

7. Zazwyczaj pod koniec mojej zmiany kończę pracę i odkładam mój sprzęt do czasu rejestracji mojego wyjścia z pracy.

8. Przez mniej więcej ostatnie 2 lub 3 miesiące nasi przełożeni nie pozwalają sprzątacza, którzy pracują na zmianie od godziny 6 rano do 14:30, włączając mnie, na rejestrowanie czasu przyjścia do pracy wcześniej niż o godzinie 6 rano.

Data: _26_ Czerwca, 2013 roku          Podpis: *Frank Piszczor*

Imię i nazwisko drukowanymi literami: *FRANK PISZCZOR*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | Judge Joan B. Gottschall |
| v. | ) ) | Magistrate Judge Daniel G. Martin |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) ) | No. 13 CV 1230 |
| Defendants. | ) | |

## DECLARATION OF ANDRZEJ MULICA

I, Andrzej Mulica, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 2002 and I retired in 2013.

3. As a janitor for ABM, the location I worked at during the ten years includes: 111 W. Wacker, Chicago, IL.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. My scheduled shifts were from 5 pm to 1 am.

6. During the last three years, I would regularly punch-in for work approximately 10 minutes before the start of my scheduled shift.

7. Typically, as soon as I punched in for work, I would get my supplies such as a cart and cleaning products and go directly to the area of the building that I was assigned to work area begin working.

8. Typically, at the end of my shift, I would stop working and put away my supplies up to the time I punched out.

Dated: June 10, 2013

_____ Sign
Name

_____ Print
Name

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRICE IKBY BINISSIA,                                )
indywidualnie lub w imieniu wszystkich              )
pozostałych w podobnych sytuacjach.                 )           Sędzia Joan B. Gottschall
                                                    )
                        Powód,                      )           Sędzia niższej instancji Daniel
                                                    )           G. Martin
                        v.                          )
                                                    )            No. 13 spr. cyw. 1230
ABM INDUSTRIES, INC.; ABM                           )
JANITORIAL SERVICES, INC.                           )
et al.,                                             )
                        Pozwany.                    )

## OŚWIADCZENIE - ANDRZEJ MULICA

Ja, Andrzej Mulica, pod grozbą odpowiedzialności karnej niniejszym oświadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jeśli zostanę wezwany w charakterze świadka, kompetentnie złożę zeznania co do faktów zawartych w tym oświadczeniu.

2. Rozpoczołem prace jako sprzątacz (janitor) w firmie ABM w roku 2002, a w roku 2013 przeszedłem na emeryture.

3. Jako sprzatacz w ABM, lokalizacja w ktorej pracowalem przez ostatnie trzy lata, jest: 111 W. Wacker, Chicago, IL.

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu karty perforowanej (punch card).

5. Moje zaplanowane zmiany trwaly od godziny 5 po poludniu do 1 nad ranem.

6. W ciagu ostatnich trzech lat regularnie odbijalem karte okolo 10 minut przed rozpoczeciem mojej zaplanowanej zmiany.

7. Zazwyczaj tuz po odbiciu karty, dostawalem moj sprzet do sprzatania taki jak wozek oraz srodki czystosci, przechodzilem bezposrednio do wyznaczonej mi czesci budynku i rozpoczynalem prace.

8. Zazwyczaj pod koniec mojej zmiany, przestawalem pracowac, odkladalem srodki czyszczace i udawalem sie odbic karte.

Data: 10 Czerwca, 2013 roku

Podpis: _Andrzej Mulica_

Imię i nazwisko drukiem: _ANDRZEJ MULICA_

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRICE IKBY BINISSIA,** | ) | |
| Individually and on Behalf of All | ) | |
| Others Similarly Situated, | ) | **Judge Joan B. Gottschall** |
| | ) | |
| **Plaintiffs,** | ) | **Magistrate Judge Daniel G. Martin** |
| | ) | |
| **v.** | ) | **No. 13 cv 1230** |
| | ) | |
| **ABM INDUSTRIES, INC.; ABM** | ) | |
| **JANITORIAL SERVICES, INC. et** | ) | |
| **al.,** | ) | |
| | ) | |
| **Defendants.** | | |

## DECLARATION

I, Anna Muszynska hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: 333 W. Wacker Dr., IL.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of punch card.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. During the last three years, when I would punch-in for work before the start of my scheduled shift, I observed other janitors punching in before the start of their scheduled shifts.

7. Typically, as soon as I punch-in for work, I would take my cleaning supplies and go to my assigned area to begin cleaning.

Dated: June 15, 2013

_____ Sign
Name

_____ Print
Name

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **BRICE IKBY BINISSIA,** indywidualnie lub w imieniu wszystkich pozostałych w podobnych sytuacjach. | ) ) ) ) | **Sędzia Joan B. Gottschall** |
| Powód, | ) ) | **Sędzia Niższej Instancji Daniel G. Martin** |
| v. | ) ) | **No. 13 spr. cyw. 1230** |
| **ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC.** et al., | ) ) ) ) | |
| Pozwany. | | |

## OSWIADCZENIE

ANNA

Ja, MUSZYNSKA, pod grożbą odpowiedzialności karnej niniejszym oswiadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jeśli zostanę wezwana w charakterze świadka, kompetentnie złożę zeznania co do faktów zawartych w tym oświadczeniu.

2. Pracowałam w ABM jako sprzataczka w ciągu ostatnich trzech lat.

3. Jako sprzątaczka w ABM, lokalizacja w której pracowałam przez ostatnie trzy lata, obejmuje: 333 W WACKER DR

4. W ciągu ostatnich trzech lat ABM rejestrowało oraz monitorowało moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu karty performowiowej

5. W ciągu ostatnich trzech lat regularnie odbijałam karte przed rozpoczeciem mojej zaplanowanej zmiany.

6. W ciągu ostatnich trzech lat, kiedy odbijałam karte przed rozpoczeciem mojej zaplanowanej zmiany, obserwowałam innych sprzątaczy odbijających karty przed rozpoczeciem ich zaplanowanych zmian.

7. Zazwyczaj tuż po odbiciu karty, bralam swoj sprzet do sprzatania, przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie.

Data: 15 Czerwca, 2013 roku

Podpis: Anna Muszynsk

Imię i nazwisko drukiem: ANNA MUSZYNSKA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKBY BINISSIA,                    )
Individually and on Behalf of All       )
Others Similarly Situated,              )
                                         )   Judge Joan B. Gottschall
            Plaintiffs,                 )
                                         )   Magistrate Judge Daniel G. Martin
                                         )
v.                                      )   No. 13 cv 1230
                                         )
ABM INDUSTRIES, INC.; ABM               )
JANITORIAL SERVICES, INC. et            )
al.,                                    )
                                         )
            Defendants.

## DECLARATION

I, Danuta Gawel hereby declare the following under penalty of perjury:

1.    This Declaration is based on my personal knowledge and if called as a witness I
      would be competent to testify to the facts contained in this Declaration.

2.    I have worked for ABM as a Janitor within the last three years.

3.    As a janitor for ABM, the locations I worked at during the last three years
      include: 233 N. Michigan, IL.

4.    During the last three years ABM recorded and tracked my punch-in and punch-
      out times by use of punch card.

5.    During the last three years, I would regularly punch-in for work before the start of
      my scheduled shift.

6.    During the last three years, when I would punch-in for work before the start of my
      scheduled shift, I observed other janitors punching in before the start of their
      scheduled shifts.

7.    Typically, as soon as I punch-in for work, I would take my cleaning supplies and
      go to my assigned area to begin cleaning.

Dated: June 15, 2013                 _____ Sign
                                     Name
                                     _____ Print
                                     Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BRICE IKBY BINISSIA,                                )
indywidualnie lub w imieniu wszystkich              )
pozostałych w podobnych sytuacjach.                 )          Sedzia Joan B. Gottschall
                                                    )
                    Powód,                          )          Sedzia Nizszej Instancji Daniel
                                                    )          G. Martin
                     v.                             )
                                                    )           No. 13 spr. cyw. 1230
ABM INDUSTRIES, INC.; ABM                           )
JANITORIAL SERVICES, INC.                           )
et al.,                                             )
                                                    )
                 Pozwany.

### OSWIADCZENIE

Ja, _DANUTA GAWEL_, pod grozba odpowiedzialnosci karnej niniejszym oswiadczam co nastepuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jesli zostane wezwana w charakterze swiadka, kompetentnie zlozę zeznania co do faktow zawartych w tym oswiadczeniu.

2. Pracowalam w ABM jako sprzataczka w ciagu ostatnich trzech lat.

3. Jako sprzataczka w ABM, lokalizacja w ktorej pracowalam przez ostatnie trzy lata, obejmuje: _233. N. Michigan_

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu _karty perforowanej_

5. W ciagu ostatnich trzech lat regularnie odbijalam karte przed rozpoczeciem mojej zaplanowanej zmiany.

6. W ciagu ostatnich trzech lat, kiedy odbijalam karte przed rozpoczeciem mojej zaplanowanej zmiany, obserwowalam innych sprzataczy odbijajacych karty przed rozpoczeciem ich zaplanowanych zmian.

7. Zazwyczaj tuz po odbiciu karty, bralam swoj sprzet do sprzatania, przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie.

Data: _15_ Czerwca, 2013 roku

                            Podpis: _Danuta Gawel_

                            Imię i nazwisko drukiem: _DANUTA GAWEL_

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA,<br>Individually and on Behalf of All<br>Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABM INDUSTRIES, INC.; ABM<br>JANITORIAL SERVICES, INC. et<br>al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Judge Joan B. Gottschall<br><br>Magistrate Judge Daniel G. Martin<br><br>No. 13 cv 1230 |

## DECLARATION

I, Marek Guzy hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: 111 E. Wacker, Chicago, IL.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of punch card.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. Typically, as soon as I punch-in for work, I would take my cleaning supplies, go to my assigned area to begin cleaning.

Dated: June 28, 2013

_____Sign
Name
_____Print
Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRICE IKBY BINISSIA, Individually and on behalf of All Others Similarly Situated,<br><br>                     Plaintiffs,<br><br>    v.<br><br>ABM INDUSTRIALS, INC.; ABM JANITORIAL SERVICES, INC. et al.<br><br>                 Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Judge Joan B. Gottschall<br><br>Magistrate Judge Daniel G. Martin<br><br>No. 13 cv 1230 |

## DECLARATION OF FLORINA BUSTAMANTE

I, Florina Bustamante, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 2003 and I currently work as a janitor for ABM.

3. As a janitor for ABM, the locations I worked at during the last three years includes: 122 S. Michigan Ave. Chicago, IL.

4. During the last three years, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years, I would regularly punch-in for work approximately 5 minutes before my scheduled shift.

6. Typically, as soon as I punch-in for work, I would get my cleaning supplies and go directly to the area I was assigned to and begin cleaning.

7. Typically, at the end of my shift, I would put away my supplies and prepare to leave up to the time I punch-out.

Dated: _____ June __12__ , 2013

_____ Signature

_____ Print Name

**ESTADOS UNIDOS TRIBUNAL DE DISTRITO**
**Distrito Norte de Illinois**
**DIVISION DEL ESTE**

BRICE IKBY BINISSIA, Individual y )
en nombre de todos los demás en una situación similar, )
                                   )       El juez Joan B. Gottschall
            Los demandantes, )
                                     )       El juez federal Daniel G. Martin
      v                                         )
                                         )       N° 13 cv 1230
ABM INDUSTRIALES, INC; ABM )
Servicios de limpieza, Inc. et al. )
                                         )
           Los acusados.       )

## DECLARACIÓN DE FLORINA BUSTAMANTE

Yo, Florina Bustamante, declaramos lo siguiente, bajo pena de perjurio:

1.     Esta Declaración se basa en mi conocimiento personal y si es llamado como testigo que sería competente para dar fe de los hechos contenidos en esta Declaración.

2.     Empecé a trabajar como conserje de ABM en 2003 y actualmente trabajo como conserje de ABM.

3.     Como un conserje para ABM, los lugares que trabajé durante los últimos tres años incluye: 122 S. Michigan Avenue, Chicago, IL.

4.     Durante los últimos tres años, ABM registrado y rastreado mi punch-in y punch-a veces mediante el uso de una tarjeta perforada.

5.     Durante los últimos tres años, yo regularmente el pinchado de entrada para el trabajo de aproximadamente 5 minutos antes de mi turno programado.

6.     Por lo general, tan pronto como punch-in para el trabajo, me gustaría tener mis productos de limpieza e ir directamente a la zona me asignaron y comenzar a limpiar.

7.     Por lo general, al final de mi turno, me guarde mis provisiones y prepararse para salir a la vez que Punch-Out.

Fecha: junio 12 de 2013

_Florina Bustamante_ Firma

_Florina Bustamante_ Imprimir Nombre

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on behalf of All Others Similarly Situated, )
) Judge Joan B. Gottschall
Plaintiffs, )
)
) Magistrate Judge Daniel G. Martin
v. )
) No. 13 cv 1230
ABM INDUSTRIALS, INC.; ABM )
JANITORIAL SERVICES, INC. et al. )
)
Defendants. )

## DECLARATION OF MARIA DE JESUS ROMERO

I, Maria De Jesus Romero, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 2000 and I currently work as a janitor for ABM.

3. As a janitor for ABM, the locations I worked at during the last three years includes: 3200 Highland Ave, Downers Grove, IL.

4. During the last three years, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years, I would regularly punch-in for work approximately 5 minutes before my scheduled shift.

6. Typically, as soon as I punch-in for work, I would get my cleaning supplies and go directly to the area I was assigned to and begin cleaning.

7. Typically, at the end of my shift, I would put away my supplies and prepare to leave up to the time I punch-out.

Dated: _____June 28_____, 2013    _____Signature

_____Print Name

**ESTADOS UNIDOS TRIBUNAL DE DISTRITO**
**Distrito Norte de Illinois**
**DIVISION DEL ESTE**

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individual y en nombre de todos los demás en una situación similar, | ) | |
| | ) | El juez Joan B. Gottschall |
| Los demandantes, | ) | |
| | ) | El juez federal Daniel G. Martin |
| v | ) | |
| | ) | N ° 13 cv 1230 |
| ABM INDUSTRIALES, INC; ABM Servicios de limpieza, Inc. et al. | ) | |
| | ) | |
| Los acusados. | ) | |

## DECLARACIÓN DE MARIA DE JESUS ROMERO

I, Maria De Jesus Romero, declaramos lo siguiente, bajo pena de perjurio:

1.  Esta Declaración se basa en mi conocimiento personal y si es llamado como testigo que sería competente para dar fe de los hechos contenidos en esta Declaración.

2.  Empecé a trabajar como conserje de ABM en 2000 y actualmente trabajo como conserje de ABM.

3.  Como un conserje para ABM, los lugares que trabajé durante los últimos tres años incluye: 3200 Highland Ave, Downers Grove, IL.

4.  Durante los últimos tres años, ABM registrado y rastreado mi punch-in y punch-a veces mediante el uso de una tarjeta perforada.

5.  Durante los últimos tres años, yo regularmente el pinchado de entrada para el trabajo de aproximadamente 5 minutos antes de mi turno programado.

6.  Por lo general, tan pronto como punch-in para el trabajo, me gustaría tener mis productos de limpieza e ir directamente a la zona me asignaron y comenzar a limpiar.

7.  Por lo general, al final de mi turno, me guarde mis provisiones y prepararse para salir a la vez que Punch-Out.

Fecha: junio 28 de 2013

_Maria de Jesus Romero_ Firma

_MARIA de Jesus Romero_ Imprimir Nombre

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, indywidualnie lub w imieniu wszystkich pozostałych w podobnych sytuacjach. | ) ) ) ) | Sedzia Joan B. Gottschall |
| Powód, | ) ) | Sedzia Niższej Instancji Daniel G. Martin |
| v. | ) ) | No. 13 spr. cyw. 1230 |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) ) | |
| Pozwany. | ) | |

## OSWIADCZENIE

Ja, __MAREK GUZY__, pod grozba odpowiedzialnosci karnej niniejszym oswiadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jesli zostane wezwany w charakterze swiadka, kompetentnie złoze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Pracowałem w ABM jako sprzatacz w ciągu ostatnich trzech lat.

3. Jako sprzątacz w ABM, lokalizacja w ktorej pracowałem przez ostatnie trzy lata, obejmuje: __111 E. WACKER__

4. W ciągu ostatnich trzech lat ABM rejestrowało oraz monitorowało moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu __KARTY PEŁFOROWANEJ__

5. W ciągu ostatnich trzech lat regularnie odbijałem karte przed rozpoczeciem mojej zaplanowanej zmiany.

6. Zazwyczaj tuz po odbiciu karty, brałem swoj sprzet do sprzatania, przechodziłem do wyznaczonego mi miejsca pracy i rozpoczynałem sprzatanie.

Data: __28__ Czerwca, 2013 roku

Podpis: __Marek Guzy__

Imię i nazwisko drukiem: __MAREK GUZY__

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, | ) | |
| Individually and on Behalf of All | ) | |
| Others Similarly Situated, | ) | Judge Joan B. Gottschall |
| | ) | |
| Plaintiffs, | ) | Magistrate Judge Daniel G. Martin |
| | ) | |
| v. | ) | No. 13 cv 1230 |
| | ) | |
| ABM INDUSTRIES, INC.; ABM | ) | |
| JANITORIAL SERVICES, INC. et | ) | |
| al., | ) | |

Defendants.

## DECLARATION

I, Krystyna Trela hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: 233 N. Michigan, Chicago, IL.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of punch card.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. Typically, as soon as I punch-in for work, I would take my cleaning supplies and go to my assigned area to begin cleaning.

Dated: June 13, 2013

_____Sign
Name

_____Print
Name