# Exhibit 19

(II of II)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BRICE IKBY BINISSIA,                              )
indywidualnie lub w imieniu wszystkich           )          Sedzia Joan B. Gottschall
pozostałych w podobnych sytuacjach.              )
                                                 )
                Powód,                           )          Sedzia Niższej Instancji Daniel
                                                 )          G. Martin
                v.                               )
                                                 )          No. 13 spr. cyw. 1230
ABM INDUSTRIES, INC.; ABM                        )
JANITORIAL SERVICES, INC.                        )
et al.,                                          )

                Pozwany.

## OŚWIADCZENIE

Ja _Krystyna Trela_ pod grozbą odpowiedzialności karnej niniejszym oświadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jeśli zostanę wezwana w charakterze świadka, kompetentnie złożę zeznania co do faktów zawartych w tym oświadczeniu.

2. Pracowałam w ABM jako sprzątaczka w ciągu ostatnich trzech lat.

3. Jako sprzątaczka w ABM, lokalizacja w której pracowałam przez ostatnie trzy lata, obejmuje:
   _833 N Michigan_

4. W ciągu ostatnich trzech lat ABM rejestrowało oraz monitorowało moj czas przyjścia do pracy i czas wyjścia z pracy przy użyciu _Karty perforowanej_

5. W ciągu ostatnich trzech lat regularnie odbijałam kartę przed rozpoczęciem mojej zaplanowanej zmiany.

6. Zazwyczaj tuż po odbiciu karty, brałam swój sprzęt do sprzątania, przechodziłam do wyznaczonego mi miejsca pracy i rozpoczynałam sprzątanie.


Data: _13_ Czerwca, 2013 roku

                              Podpis: _Krystyna Trela_

                Imię i nazwisko drukiem: _KRYSTYNA TRELA_

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| | ) | Judge Joan B. Gottschall |
| Plaintiffs, | ) ) | Magistrate Judge Daniel G. Martin |
| | ) | |
| v. | ) ) | No. 13 cv 1230 |
| | ) | |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | |
| Defendants. | ) | |

## DECLARATION

I, Aniela Tylka hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: 10 S Riverside Plaza, Chicago, IL.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of punch card.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. Typically, as soon as I punch-in for work, I would take bags and my cleaning supplies, go to my assigned area to begin cleaning.

Dated: June 28, 2013

_____ Sign
Name

_____ Print
Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BRICE IKBY BINISSIA,                               )
indywidualnie lub w imieniu wszystkich             )
pozostałych w podobnych sytuacjach.                )        Sędzia Joan B. Gottschall
                                                   )
                    Powód,                         )        Sędzia Niższej Instancji Daniel
                                                   )        G. Martin
                    v.                             )
                                                   )         No. 13 spr. cyw. 1230
ABM INDUSTRIES, INC.; ABM                          )
JANITORIAL SERVICES, INC.                          )
et al.,                                            )
                                                   )

                    Pozwany.

## OŚWIADCZENIE

Ja, _Aniela Tylka_ pod groźbą odpowiedzialności karnej niniejszym oświadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jeśli zostanie wezwany w charakterze świadka, kompetentnie złoże zeznania co do faktów zawartych w tym oświadczeniu.

2. Pracowałem w ABM jako sprzątacz w ciągu ostatnich trzech lat.

3. Jako sprzątacz w ABM, lokalizacja w której pracowałem przez ostatnie trzy lata, obejmuje: _105 Riverside Plazor_

4. W ciągu ostatnich trzech lat ABM rejestrowało oraz monitorowało mój czas przyjścia do pracy i czas wyjścia z pracy przy użyciu _karty perforowanej_

5. W ciągu ostatnich trzech lat regularnie odbijałem kartę przed rozpoczęciem mojej zaplanowanej zmiany.

6. Zazwyczaj już po odbiciu karty, _bierzemy worki, środki czystości,_ przechodziłem do wyznaczonego mi miejsca pracy i rozpoczynałem sprzątanie.

Data: _28_ Czerwca, 2013 roku

                                        Podpis: _Aniela Tylka_

                                Imię i nazwisko drukiem: _ANIELA TYLKA_

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRICE IKBY BINISSIA, Individually and** | ) | |
| **on Behalf of All Others Similarly Situated,** | ) | |
| | ) | **Judge Joan B. Gottschall** |
| **Plaintiffs,** | ) | |
| | ) | **Magistrate Judge Daniel G. Martin** |
| **v.** | ) | |
| | ) | **No. 13 cv 1230** |
| **ABM INDUSTRIES, INC.; ABM** | ) | |
| **JANITORIAL SERVICES, INC. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DECLARATION

I, Danuta Bochenko hereby declare the following under penalty of perjury:

1.  This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.  I have worked for ABM as a Janitor within the last three years.

3.  As a janitor for ABM, the locations I worked at during the last three years include: 222 N LaSalle, Chicago, IL.

4.  During the last three years ABM recorded and tracked my punch-in and punch-out times by use of punch card.

5.  During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.  Typically, as soon as I punch-in for work, I would take my cleaning supplies and go to my assigned area to begin cleaning.

Dated: June 26, 2013

_____Sign
Name

_____Print
Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BRICE IKBY BINISSIA,                                )
indywidualnie lub w imieniu wszystkich             )
pozostałych w podobnych sytuacjach.                )          Sedzia Joan B. Gottschall
                                                    )
                    Powód,                          )          Sedzia Niższej Instancji Daniel
                                                    )          G. Martin
                      v.                            )
                                                    )           No. 13 spr. cyw. 1230
ABM INDUSTRIES, INC.; ABM                           )
JANITORIAL SERVICES, INC.                           )
et al.,                                             )
                                                    )
              Pozwany.

## OSWIADCZENIE

Ja, _DANUTA_ , pod grozba odpowiedzialnosci karnej niniejszym oswiadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jesli zostane wezwana w charakterze swiadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Pracowalam w ABM jako sprzataczka w ciagu ostatnich trzech lat.

3. Jako sprzątaczka w ABM, lokalizacja w ktorej pracowalam przez ostatnie trzy lata, obejmuje: _222 N. La Salle_

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu _karty perforowanej_

5. W ciagu ostatnich trzech lat regularnie odbijalam karte przed rozpoczeciem mojej zaplanowanej zmiany.

6. Zazwyczaj tuz po odbiciu karty, bralam swoj sprzet do sprzatania, przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie.

Data: _26_ Czerwca, 2013 roku

Podpis: _Danuta Bochenko_

Imię i nazwisko drukiem: _DANUTA BOCHENKO_

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | Judge Joan B. Gottschall |
| v. | ) ) ) | Magistrate Judge Daniel G. Martin |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | No. 13 cv 1230 |
| Defendants. | ) ) | |

## DECLARATION

I, Maria Boblak hereby declare the following under penalty of perjury:

1.  This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.  I have worked for ABM as a Janitor within the last three years.

3.  As a janitor for ABM, the locations I worked at during the last three years include: 160 N. Clark, Chicago, IL.

4.  During the last three years ABM recorded and tracked my punch-in and punch-out times by use of punch card.

5.  During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.  Typically, as soon as I punch-in for work, I would take my cleaning supplies and go to my assigned area to begin cleaning.

Dated: June 28, 2013

_____ Sign
Name

_____ Print
Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRICE IKBY BINISSIA, indywidualnie lub w imieniu wszystkich pozostałych w podobnych sytuacjach. | ) ) ) ) |
| Powód, | ) ) ) |
| v. | ) ) ) |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) ) |
| Pozwany. | ) |

Sedzia Joan B. Gottschall

Sedzia Nizszej Instancji Daniel G. Martin

No. 13 spr. cyw. 1230

## OSWIADCZENIE

Ja, Maria Boblak pod grozba odpowiedzialnosci karnej niniejszym oswiadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jeśli zostane wezwana w charakterze swiadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Pracowalam w ABM jako sprzataczka w ciagu ostatnich trzech lat.

3. Jako sprzątaczka w ABM, lokalizacja w ktorej pracowalam przez ostatnie trzy lata, obejmuje:
   160 N. CLARK CHICAGO IL.

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu _Karte perforowana_

5. W ciagu ostatnich trzech lat regularnie odbijalam karte przed rozpoczeciem mojej zaplanowanej zmiany.

6. Zazwyczaj tuz po odbiciu karty, _bralam rzeczy do sprzatania_ przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie.

Data: 28 Czerwca, 2013 roku

Podpis: _Maria Boblak_

Imię i nazwisko drukiem: MARIA BOBLAK

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| | ) | Judge Joan B. Gottschall |
| Plaintiffs, | ) ) | |
| | ) | Magistrate Judge Daniel G. Martin |
| v. | ) ) | |
| | ) | No. 13 cv 1230 |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF PHILIP BEIRIGER

I, Philip Beiriger, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 2008 and I currently work as a janitor for ABM.

3. As a janitor for ABM, the locations I worked at during the last three years includes: 1000 East Lincoln Highway, Chicago Heights, IL.

4. During the last three years, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years, I would regularly punch-in for work approximately 10 minutes before the start of my scheduled shift.

6. Typically, as soon as I punch-in for work, I would meet with my supervisor to discuss my daily duties, then go directly to the area I was assigned and begin working.

Dated: June _19_, 2013

_Philip Beiriger_ Signature

_PHILIP BEIRIGER_ Print Name

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
           )   Judge Joan B. Gottschall
      Plaintiffs, )
           )   Magistrate Judge Daniel G. Martin
    v. )
           )   No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
           )
      Defendants. )

## DECLARATION

I, Ludwika K. Bobak hereby declare the following under penalty of perjury:

1.   This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.   I have worked for ABM as a Janitor since the year 2012.

3.   As a janitor for ABM, the locations I worked at during the last year include: 330 North Wabash Street, Chicago, IL.

4.   During the last year ABM recorded and tracked my punch-in and punch-out times by use of punch card.

5.   During the last year, I would regularly punch-in for work before the start of my scheduled shift.

6.   Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

7.   Within approximately the last 3 to 6 months janitors who work on my shift, including myself, were advised by our supervisor not to punch-in for work until 5 minutes before our scheduled shift and not to punch-out until 5 minutes before the end of our scheduled shift.

Dated: June 19, 2013

_Ludwika Bobak_ Sign
Name
_LUDNIKA BOBAK_ Print
Name

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA,<br>indywidualnie lub w imieniu wszystkich<br>pozostałych w podobnych sytuacjach. | )<br>)<br>)<br>) | Sędzia Joan B. Gottschall |
| Powód, | )<br>)<br>) | Sędzia Niższej Instancji Daniel<br>G. Martin |
| v. | )<br>) | No. 13 spr. cyw. 1230 |
| ABM INDUSTRIES, INC.; ABM<br>JANITORIAL SERVICES, INC.<br>et al., | )<br>)<br>) | |
| Pozwany. | | |

### OŚWIADCZENIE – LUDWIKA K. BOBAK

Ja, Ludwika K. Bobak, pod grozbą odpowiedzialności karnej niniejszym oświadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jeśli zostanę wezwany w charakterze świadka, kompetentnie złoże zeznania co do faktów zawartych w tym oświadczeniu.

2. Pracuję w ABM jako sprzątaczka od 2012 roku.

3. Jako sprzątaczka w ABM, lokalizacja w ktorej pracowałem przez ostatni rok, obejmuje:
330 North Wabash Street, Chicago, IL.

4. W ciągu ostatniego roku ABM rejestrowało oraz monitorowało moj czas przyjścia do pracy i czas wyjścia z pracy przy uzyciu karty perforowanej.

5. W ciągu ostatniego roku regularnie odbijałam karte przed rozpoczęciem mojej zaplanowanej zmiany.

6. Zazwyczaj tuż po odbiciu karty, brałam swoj sprzet do sprzatania, przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynałam sprzątanie.

7. W ciągu około ostatnich trzech to sześciu miesiecy, sprzataczе ktorzy pracowali na mojej zmianie, włacznie ze mna, zostali poinstruowani przez swoich przelozonych aby nie odbijac karty do pracy wcześniej niz 5 minut przed zaplanowana zmiana i nie odbijac karty po pracy aż do 5 minut przed zakończeniem zaplanowanej zmiany.

Data: 19 Czerwca, 2013 roku

Podpis: *Ludwika Bobak*

Imię i nazwisko drukiem: *LUDNIKA BOBAK*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                                        )    Judge Joan B. Gottschall
            Plaintiffs, )
                                          )    Magistrate Judge Daniel G. Martin
       v. )
                                          )    No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                                          )
           Defendants. )

## DECLARATION OF WOJCIECH BOBAK

    I, Wojciech Bobak, hereby declare the following under penalty of perjury:

This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

1. I first started working as a janitor for ABM in 2001 and I currently work as a janitor for ABM.
2. As a janitor for ABM, the locations I worked at during the last three years includes: 200 East Randolph Street, Chicago, IL.
3. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.
4. My scheduled shifts are from 5 pm – 1:30 am.
5. During the last three years, I would regularly punch-in for work approximately 10 minutes before the start of my scheduled shift.
6. Typically, as soon as I punch in for work, I get my supplies and go to my assigned work area and begin working.
7. Typically, at the end of my shift, I put away my supplies up to the time I punch out.
8. Within approximately the last couple months, we were instructed by our supervisors that we must punch-in 5 minutes before the start of our scheduled shift and punch-out 5 minutes before the end of our scheduled shift.

Dated: ~~May~~ June 6, 2013

_Wojciech Bobak_ Sign
           Name
WOJCIECH BOBAK Print
           Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRICE IKBY BINISSIA,**<br>**indywidualnie oraz w imieniu wszystkich**<br>**innych w podobnej sytuacji,** | ) ) ) ) | |
| | ) | **Sędzia Joan B. Gottschall** |
| **Powód,** | ) ) | **Sędzia niższej instancji Daniel G.**<br>**Martin** |
| **przeciwko** | ) ) | |
| **ABM INDUSTRIES, INC.; ABM**<br>**JANITORIAL SERVICES, INC.**<br>**et al.,** | ) ) ) ) | **Nr 13 spr. cyw. 1230** |
| **Pozwani.** | | |

## OŚWIADCZENIE - WOJCIECH BOBAK

Ja, Wojciech Bobak, pod groźbą odpowiedzialności karnej niniejszym oświadczam, co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jeśli zostanę wezwany w charakterze świadka, kompetentnie złożę zeznania co do faktów zawartych w tym oświadczeniu.

2. Zacząłem pracować jako dozorca w ABM w 2001 roku i obecnie pracuję jako dozorca w ABM.

3. Będąc dozorcą w ABM, jednym z miejsc, w których pracowałem w ciągu ostatnich trzech lat, jest: 200 East Randolph Street, Chicago, IL.

4. W ciągu ostatnich trzech lat ABM rejestrowało oraz monitorowało mój czas przyjścia do pracy i czas wyjścia z pracy przy użyciu karty perforowanej.

5. Moje zaplanowane zmiany trwają od godziny 17 do 1:30 w nocy.

6. W ciągu ostatnich trzech lat meldowałem się regularnie około 10 minut przed rozpoczęciem mojej zaplanowanej zmiany.

7. Zazwyczaj tuż po zameldowaniu się dostaję mój sprzęt, przechodzę do wyznaczonego mi miejsca pracy i rozpoczynam sprzątanie.

8. Zazwyczaj pod koniec mojej zmiany odkładam mój sprzęt do czasu rejestracji mojego wyjścia z pracy.

9. W ciągu ostatnich kilku miesięcy zostaliśmy poinstruowani przez naszych przełożonych, aby meldować nasz czas przyjścia do pracy 5 minut przed rozpoczęciem naszej zaplanowanej zmiany i czas wyjścia z pracy 5 minut przed końcem naszej zaplanowanej zmiany.

Data: 6 ~~maja~~ Czerwiec, 2013 roku         Podpis: *Wojciech Bobak*

Imię i nazwisko drukowanymi literami: *WOJCIECH BOBAK*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                                  )     Judge Joan B. Gottschall
               Plaintiffs, )
                                    )     Magistrate Judge Daniel G. Martin
           v. )
                                      )     No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                                      )
             Defendants. )

## DECLARATION OF REGINA SZYMANIAK

I, Regina Szymaniak, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 2000 and I have not been employed by ABM since 2012.

3. As a janitor for ABM, the locations I worked at during the last three years of my employment includes: 20 North Wacker Drive, Chicago, IL.

4. During the last three years, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years, I would regularly punch-in for approximately 20 minutes before my scheduled shift.

6. Typically, as soon as I punched-in for work, I would get my trash bags and cleaning products and I would go directly to the area of the building I was assigned to and begin cleaning.

7. Typically, at the end of my shift, I would put away my cleaning supplies up to the time I punched-out.

Dated: June 11, 2013             _Regina Szymaniak_ Signature

                                     REGINA SZYMANIAK Print Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Iinduwidualnie | ) | |
| Oraz w imieniu wszystkich w podobnej | ) | |
| sytuacji, | ) | Sędzia Judge Joan B. Gottschall |
| Powodowie, | ) | |
| Przeciw | ) | Sędzia Niższej Instancji Daniel G. Martin |
| | ) | |
| PRZEDSIĘBIORSTWA ABM , INC.; | ) | Numer 13 cv 1230 |
| USŁUGI ABM JANITORIAL , INC. et al., | ) | |
| Pozwani. | ) | |
| | ) | |
| | ) | |

### OŚIADCZENIE REGINY SZYMANIAK

Ja, Regina Szymaniak, niniejszym oświadczam, pod groźbą kary za krzywoprzysięstwo, co następuje:

1. To oświadczenie jest na podstawie mojej osobistej wiedzy i gdybym została wezwana w charakterze świadka byłabym kompetentna do złożenia zeznań odnośnie faktów zawartych w tej deklaracji.

2. Po raz pierwszy rozpoczęłam pracę dla ABM jako sprzataczka w 2000 i nie jestem zatrudniona przez ABM od 2012.

3. Jako woźna dla ABM lokalizacja, w których pracowałam w ostatnich trzech latach mojego zatrudnienia, obejmują: 20 North Wacker Drive, Chicago, IL.

4. W trakcie ostatnich trzech lat, ABM odnotowywało i rejestrowało czas moich odbić wejścia (punch-in) i odbić wyjścia (punch-out) za pomocą karty perforowanej (punch card).

5. W trakcie ostatnich trzech lat, regularnie odbijałam wejście do pracy około 20 minut przed rozpoczęciem mojej planowanej zmiany.

6. Zazwyczaj, zaraz po odbiciu wejścia do pracy, zabierałam swoje torby na śmieci i środki czyszczące i przechodziłam bezpośrednio na teren budynku, do którego zostałam przydzielona, i rozpoczynałam sprzątanie.

7. Zazwyczaj, na koniec mojej zmiany, odkładałam środki czyszczące co do godziny odbijałam wyjście.

Data 11 Czerwca, 2013

_Regina Szymaniak_
Imię i nazwisko

REGINA SZYMANIAK Drukowanymi
Imię i nazwisko

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiffs, ) | Judge Joan B. Gottschall |
| ) | Magistrate Judge Daniel G. Martin |
| v. ) | No. 13 cv 1230 |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., ) ) ) | |
| Defendants. ) | |

## DECLARATION OF WILLIE HESTER

I, Willie Hester, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 2001 and I currently work as a janitor for ABM.

3. As a janitor for ABM, the locations I worked at during the last three years includes: 200 East Randolph Street, Chicago, IL.

4. During the last three years, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years, my scheduled shifts were from 7:30 am to 4 pm.

6. During the last three years, I would regularly punch-in for work approximately 12 minutes before the start of my scheduled shift.

7. Typically, as soon as I punch-in for work, I would meet with my supervisor to discuss my daily duties and then I would go directly to the area I was assigned to and begin my work.

8. Typically, at the end of my shift, I would put away my supplies up to the time I punch-out.

9. Within approximately the last year, janitors who work the 7:30 am to 4 pm shift, including myself, were instructed by our supervisors not to punch-in for work earlier than 5 minutes before the start of our scheduled shift.

Dated: ~~May~~ June 10, 2013        _Willie Hester_ Signature

_Willie Hester_ Print Name

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
)    **Judge Joan B. Gottschall**
        **Plaintiffs,** )
)    **Magistrate Judge Daniel G. Martin**
    **v.** )
)    **No. 13 cv 1230**
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
)
        **Defendants.** )

## DECLARATION

I, _JOZEFA LACNIAK_, hereby declare the following under penalty of perjury:

1.    This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.    I have worked for ABM as a Janitor within the last three years.

3.    As a janitor for ABM, the locations I worked at during the last three years include: _____ _233 NORTH MICHIGAN_ _____ .

4.    During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _____ _Punch card_ _____ .

5.    During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.    Typically, as soon as I punch-in for work, I would _____ _____ and go to my assigned area to begin cleaning.


Dated: June 28, 2013

_____ Sign
    Name

_____ Print
    Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRICE IKBY BINISSIA,**<br>indywidualnie lub w imieniu wszystkich<br>pozostałych w podobnych sytuacjach. | )<br>)<br>)<br>) | **Sędzia Joan B. Gottschall** |
| Powód, | )<br>) | **Sędzia Niższej Instancji Daniel**<br>**G. Martin** |
| v. | )<br>) | **No. 13 spr. cyw. 1230** |
| **ABM INDUSTRIES, INC.; ABM**<br>**JANITORIAL SERVICES, INC.**<br>et al., | )<br>)<br>) | |
| Pozwany. | | |

### OŚWIADCZENIE

Ja, __JOZEFA LACNIAK__, pod groźbą odpowiedzialności karnej niniejszym oświadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jeśli zostanę wezwana w charakterze świadka, kompetentnie złożę zeznania co do faktów zawartych w tym oświadczeniu.

2. Pracowałam w ABM jako sprzątaczka w ciągu ostatnich trzech lat.

3. Jako sprzątaczka w ABM, lokalizacja w ktorej pracowałam przez ostatnie trzy lata, obejmuje: __233 North Michigan__

4. W ciągu ostatnich trzech lat ABM rejestrowało oraz monitorowało moj czas przyjścia do pracy i czas wyjścia z pracy przy użyciu __karta perforowana__

5. W ciągu ostatnich trzech lat regularnie odbijałam kartę przed rozpoczęciem mojej zaplanowanej zmiany.

6. Zazwyczaj tuż po odbiciu karty, _____ _____przechodziłam do wyznaczonego mi miejsca pracy i rozpoczynałam sprzątanie.

Data: __28__ Czerwca, 2013 roku

Podpis: __Józefa Lacniak__

Imię i nazwisko drukiem: __JOZEFA LACNIAK__

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., )<br><br>Defendants. ) | Judge Joan B. Gottschall<br><br>Magistrate Judge Daniel G. Martin<br><br>No. 13 cv 1230 |

## <u>DECLARATION OF GRAZYNA KOZMIK</u>

I, Grazyna Kozmik, hereby declare the following under penalty of perjury:

1.    This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.    I first started working as a janitor for ABM in 1999 and I currently work as a janitor for ABM.

3.    As a janitor for ABM, the location I worked at during the last three years includes: 191 North Wacker Drive, Chicago, IL.

4.    During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5.    During the last three years, my scheduled shift was from 5p.m. to 1a.m.

6.    During the last three years, I would punch-in for work approximately 10 minutes before my scheduled shift.

7.    As soon as I punched in for work, I would get my keys and cleaning supplies, go to my assigned area and begin cleaning.

8.    Typically, at the end of my shift, I would put away supplies up to the time I punch-out.

9.    Within approximately the last 2 months, our supervisors do not allow janitors who work from 5 pm to 1 am shift, including myself, to punch-in for work earlier than 5 pm.

Dated: May 3, 2013

_____ Sign
          Name

_____ Print
          Name

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., )<br><br>Defendants. ) | Judge Joan B. Gottschall<br><br>Magistrate Judge Daniel G. Martin<br><br>No. 13 cv 1230 |

### DECLARATION OF BRONISLAWA OBROCHTA

I, Bronislawa Obrochta, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 1998 and I have not been employed by ABM since approximately May 2010.

3. As a janitor for ABM, the location I worked at during the last four to five months of my employment includes: 330 West Wacker Drive, Chicago, IL.

4. During the last four to five months of my employment ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. On average, I would punch-in for work 5 minutes before the start of my shift.

6. As soon as I punched in for work, I would get my supplies and go directly to the area of the building I was assigned to and begin cleaning.

7. Each shift I was to receive a 30 minute break. However, due to working demands, on average, I would work 10 minutes of my break 2 times per week.

8. At the end of my shift, I would put away my cleaning supplies up to the time I punched-out. On average, I would punch out 1 to 2 minutes before the end of my shift.

Dated: May 11, 2013         _Poetae Obudo_ Sign

                                                Name

                       _BRONISLAWA OBROCHTA_ Print

                                              Name

Sąd Rejonowy Stanów Zjednoczonych
Okręg północy Illinois
Okręg Wschodni

BRICE IKBY BINISSIA, Iinduwidualnie )
Oraz w imieniu wszystkich w podobnej )
sytuacji, )        Sędzia Judge Joan B. Gottschall
                        Powodowie, )
Przeciw )            Sędzia Rozjemczy Daniel G. Martin
 )
PRZEDSIĘBIORSTWA ABM , INC.; )    Numer 13 cv 1230
USŁUGI ABM JANITORIAL , INC. et al., )
                        Pozwani. )
 )
 )

## OŚWIADCZENIE BRONISŁAWY OBROCHTY

Ja, Bronisława Obrochta, niniejszym oświadczam, pod groźbą kary za krzywoprzysięstwo, co następuje:

1. To oświadczenie jest na podstawie mojej osobistej wiedzy i gdy wezwana w charakterze świadka byłabym kompetentna do złożenia zeznań odnośnie faktów zawartych w tej deklaracji.
2. Po raz pierwszy rozpoczęłam pracę dla ABM jako woźna w 1998 i nie byłam zatrudniona przez ABM od około Maja 2010.
3. Jako woźna dla ABM lokalizacje, w których pracowałam w ostatnich czterech do pięciu miesiącach mojego zatrudnienia, obejmują: 330 West Wacker Drive, Chicago, IL.
4. W trakcie ostatnich czterech do pięciu miesięcy mojego zatrudnienia, ABM odnotowywało i śledziło czas moich odbić wejścia (punch-in) i odbić wyjścia (punch-out) za pomocą karty odbicia.
5. W trakcie ostatnich czterech do pięciu miesięcy mojego zatrudnienia, regularnie odbijałam wejście do pracy około 5 minut przed rozpoczęciem mojej planowanej zmiany.
6. Zazwyczaj, zaraz po odbiciu wejścia do pracy, zabrałabym swoje zaopatrzenie i poszłabym bezpośrednio na teren budynku, do którego zostałam przydzielona, i zaczeła sprzątanie.
7. Zazwyczaj, na koniec mojej zmiany, odniosłabym środki czyszczące co do godziny odbijałam wyjście.

Data 11 Maja, 2013

_Bron Obro_ Podpisano
Imię i nazwisko

_BRONISŁAWA OBROCHTA_ Drukowanymi
Imię i nazwisko

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                                  )   Judge Joan B. Gottschall
          **Plaintiffs,**      )
                                    )   Magistrate Judge Daniel G. Martin
          **v.**            )
                                    )   No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                                    )
          **Defendants.**     )

## DECLARATION OF JOZEF OBROCHTA

I, Jozef Obrochta, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 1998 and I currently work as a janitor for ABM.

3. As a janitor for ABM, the location I worked at during the last three years includes: 55 West Monroe Street, Chicago, IL.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. On average, I would punch-in for work 5 minutes before the start of my shift.

6. As soon as I punched-in for work, I would get my supplies and machinery and I would go directly to the area of the building I was assigned to and begin cleaning.

7. At the end of my shift, I would put away my supplies and machinery up to the time I punched-out. On average, I would punch-out right on time at the end of my shift.

Dated: May ⏐⏐, 2013

_Jozef Osrolta_ Sign
Name

_Jozej OBROCHTA_ Print
Name

Sąd Rejonowy Stanów Zjednoczonych
Okręg północy Illinois
Okręg Wschodni

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Iinduwidualnie | ) | |
| Oraz w imieniu wszystkich w podobnej | ) | |
| sytuacji, | ) | Sędzia Judge Joan B. Gottschall |
| Powodowie, | ) | |
| Przeciw | ) | Sędzia Rozjemczy Daniel G. Martin |
| | ) | |
| PRZEDSIĘBIORSTWA ABM , INC.; | ) | Numer 13 cv 1230 |
| USŁUGI ABM JANITORIAL , INC. et al., | ) | |
| Pozwani. | ) | |
| | ) | |
| | ) | |

## OŚIADCZENIE JÓZEFA OBROCHTA

Ja, Józef Obrocht, niniejszym oświadczam, pod groźbą kary za krzywoprzysięstwo, co następuje:

1. To oświadczenie jest na podstawie mojej osobistej wiedzy i gdy wezwana w charakterze świadka byłbym kompetentny do złożenia zeznań odnośnie faktów zawartych w tej deklaracji.
2. Po raz pierwszy rozpocząłem pracę dla ABM jako woźny w 1998 i obecnie pracuję jako woźny dla ABM.
3. Jako woźny dla ABM lokalizacje, w których pracowałem w ostatnich trzech latach mojego zatrudnienia, obejmują: 55 West Monroe Street, Chicago, IL.
4. W trakcie ostatnich trzech lat, ABM odnotowywało i śledziło czas moich odbić wejścia (punch-in) i odbić wyjścia (punch-out) za pomocą karty odbicia.
5. W trakcie ostatnich trzech lat, regularnie odbijałem wejście do pracy około 5 minut przed rozpoczęciem mojej planowanej zmiany.
6. Zazwyczaj, zaraz po odbiciu wejścia do pracy, zabrałbym swoje zaopatrzenie i sprzęt i poszedłbym bezpośrednio na teren budynku, do którego zostałem przydzielony, i zacząłbym sprzątanie.
7. Zazwyczaj, na koniec mojej zmiany, odniósłbym zaopatrzenie i sprzęt i co do godziny odbił wyjście.

Data 11 Maja, 2013

_Józe Obrot_ Podpisano
Imię i nazwisko

_Józef OBROCHT_ Drukowanymi
Imię i nazwisko

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and           )
on Behalf of All Others Similarly Situated,     )
                                                )    Judge Joan B. Gottschall
                   Plaintiffs,                  )
                                                )    Magistrate Judge Daniel G. Martin
         v.                                     )
                                                )    No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM                       )
JANITORIAL SERVICES, INC. et al.,               )
                                                )
                   Defendants.                  )

## DECLARATION-MALGORZATA BURON

I, Malgorzata Buron, hereby declare the following under penalty of perjury:

1.  This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.  I have worked for ABM as a Janitor within the last three years.

3.  As a janitor for ABM, the locations I worked at during the last three years include: 10 South Riverside Plaza, Chicago, IL.

4.  During the last three years ABM recorded and tracked my punch-in and punch-out times by use of punch card.

5.  During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.  Typically, as soon as I punch-in for work, I would collect my keys and my supplies, go to my assigned area and begin cleaning.

7.  The time clock that I used to punch-in and punch-out was usually set ahead of the actual time.

8.  Typically, at the end of my shift, I would put away my supplies and prepare to leave up to the time I punch-out.

Dated: June 13, 2013

_____ Sign
                         Name
_____ Print
                         Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRICE IKBY BINISSIA,<br>indywidualnie lub w imieniu wszystkich<br>pozostalych w podobnych sytuacjach. | )<br>)<br>)<br>) | Sedzia Joan B. Gottschall |
| Powód, | )<br>)<br>) | Sedzia Nizszej Instancji Daniel<br>G. Martin |
| v. | )<br>) | No. 13 spr. cyw. 1230 |
| ABM INDUSTRIES, INC.; ABM<br>JANITORIAL SERVICES, INC.<br>et al., | )<br>)<br>)<br>) | |
| Pozwany. | | |

### OSWIADCZENIE – MALGORZATA BURON

Ja, Malgorzata Buron, pod grozba odpowiedzialnosci karnej niniejszym oswiadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jesli zostane wezwana w charakterze swiadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Pracowalam w ABM jako sprzataczka w ciagu ostatnich trzech lat.

3. Jako sprzątaczka w ABM, lokalizacja w ktorej pracowalam przez ostatnie trzy lata, obejmuje: 10 South Riverside Plaza, Chicago, IL.

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu karty perforowanej.

5. W ciagu ostatnich trzech lat regularnie odbijalam karte przed rozpoczeciem mojej zaplanowanej zmiany.

6. Zazwyczaj tuz po odbiciu karty, bralam swoj klucze i sprzet do sprzatania, przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie.

7. Zegar ktory uzywalam przy odbiciu karty przed praca i po pracy byl zazwyczaj ustawiony do przodu.

8. Zazwyczaj pod koniec mojej zmiany, odkladalam swoj sprzet do sprzatania i przygotowywalam sie do wyjscia az do czasu odbicia karty.

Data: _13_ Czerwca, 2013 roku

Podpis: _Malgorzata Buron_

Imię i nazwisko drukiem: _MALGORZATA BURON_

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | Judge Joan B. Gottschall |
| v. | ) ) | Magistrate Judge Daniel G. Martin |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | No. 13 cv 1230 |
| Defendants. | ) ) | |

## DECLARATION

I, Maria Herok, hereby declare the following under penalty of perjury:

1.   This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.   I have worked for ABM as a Janitor within the last three years.

3.   As a janitor for ABM, the locations I worked at during the last three years include: 233 N. Michigan

4.   During the last three years ABM recorded and tracked my punch-in and punch-out times by use of punch card.

5.   During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.   During the last three years, when I would punch-in for work before the start of my scheduled shift, I observed other janitors punching in before the start of their scheduled shifts.

7.   Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June 15, 2013

_____Sign
Name
_____Print
Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BRICE IKBY BINISSIA, )
indywidualnie lub w imieniu wszystkich )
pozostałych w podobnych sytuacjach. )
                                       )     Sedzia Joan B. Gottschall
            Powód, )
                                    )     Sedzia Niższoj Instancji Daniel
                                    )     G. Martin
            v. )
                                      )     No. 13 spr. cyw. 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. )
et al., )
           Pozwany. )

## OSWIADCZENIE

Ja, *MARIA NIEROK*, pod groźba odpowiedzialnosci karnej niniejszym oswiadczam co nastepuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jesli zostane wezwana w charakterze swiadka, kompetentnie zloze zeznania co do faktów zawartych w tym oswiadczeniu.

2. Pracowalam w ABM jako sprzataczka w ciagu ostatnich trzech lat.

3. Jako sprzątaczka w ABM, lokalizacja w ktorej pracowalam przez ostatnie trzy lata, obejmuje:     *233 N MICHIGAN*

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu *karty personaznej*

5. W ciagu ostatnich trzech lat regularnie odbijalam karte przed rozpoczeciem mojej zaplanowanej zmiany.

6. W ciagu ostatnich trzech lat, kiedy odbijalam karte przed rozpoczeciem mojej zaplanowanej zmiany, obserwowalam innych sprzataczy odbijajacych karty przed rozpoczeciem ich zaplanowanych zmian.

7. Zazwyczaj tuz po odbiciu karty, bralam swoj sprzet do sprzatania, przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie.

Data: *15* Czerwca, 2013 roku

                             Podpis: *[signature]*

                   Imię i nazwisko drukiem: *MARIA NIEROK*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRICE IKBY BINISSIA,** | ) | |
| **Individually and on Behalf of All** | ) | |
| **Others Similarly Situated,** | ) | **Judge Joan B. Gottschall** |
| | ) | |
| **Plaintiffs,** | ) | **Magistrate Judge Daniel G. Martin** |
| | ) | |
| **v.** | ) | **No. 13 cv 1230** |
| | ) | |
| **ABM INDUSTRIES, INC.; ABM** | ) | |
| **JANITORIAL SERVICES, INC. et** | ) | |
| **al.,** | ) | |
| | ) | |
| **Defendants.** | | |

## DECLARATION

I, Janina Jarosz hereby declare the following under penalty of perjury:

1.  This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.  I have worked for ABM as a Janitor within the last three years.

3.  As a janitor for ABM, the locations I worked at during the last three years include: 310 W. Monroe, IL.

4.  During the last three years ABM recorded and tracked my punch-in and punch-out times by use of punch card.

5.  During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.  Typically, as soon as I punch-in for work, I would take my cleaning supplies and go to my assigned area to begin cleaning.

7.  Within approximately the last 4 months, janitors who work on my shift, including myself, were advised by our supervisor to punch-in and punch-out at 5 p.m. and 1 p.m.

Dated: June 13, 2013

_____Sign
Name

_____Print
Name

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRICE IKBY BINISSIA, )
indywidualnie lub w imieniu wszystkich )
pozostałych w podobnych sytuacjach. )
                         )     **Sedzia Joan B. Gottschall**
         Powód, )
                         )     **Sedzia Nizszej Instancji Daniel**
             v.          )     **G. Martin**
                         )
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. )     **No. 13 spr. cyw. 1230**
et al., )
         Pozwany. )

### OSWIADCZENIE

Ja, __Janina__ , pod grozba odpowiedzialnosci karnej niniejszym oswiadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jesli zostane wezwana w charakterze swiadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Pracowalam w ABM jako sprzataczka w ciagu ostatnich trzech lat.

3. Jako sprzątaczka w ABM, lokalizacja w ktorej pracowalam przez ostatnie trzy lata, obejmuje: __311 W. MONROE__

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu __KARTY ZEGAROWEJ__

5. W ciagu ostatnich trzech lat regularnie odbijalam karte przed rozpoczeciem mojej zaplanowanej zmiany.

6. Zazwyczaj tuz po odbiciu karty, bralam swoj sprzet do sprzatania, przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie.

7. W ciągu około ostatnich __4 m-cy__ , sprzatacze ktorzy pracowali na mojej zmianie, wlacznie ze mna, zostali poinstruowani przez swoich przelozonych __zeby__ __odbijać karty pracy 5:00 pm__ __/ 1:00 am__

Data: __13__ Czerwca, 2013 roku

                       Podpis: __Janina Jarosz__

         Imię i nazwisko drukiem: __JANINA JAROSZ__

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                                      )   **Judge Joan B. Gottschall**
          **Plaintiffs,** )
                                        )   **Magistrate Judge Daniel G. Martin**
    **v.** )
                                        )   **No. 13 cv 1230**
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                                        )
          **Defendants.** )

## DECLARATION

I, Anna Klejka, hereby declare the following under penalty of perjury:

1.    This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.    I have worked for ABM as a Janitor within the last three years.

3.    As a janitor for ABM, the locations I worked at during the last three years include: 111 E. Wecker, Chicago, IL.

4.    During the last three years ABM recorded and tracked my punch-in and punch-out times by use of punch cards.

5.    During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.    Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

7.    Typically, at the end of my shift, I would put away my supplies and prepare to leave up to the time I punch-out.

Dated: June 28, 2013

_____Sign
        Name

_____Print
        Name

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRICE IKBY BINISSIA,          )
indywidualnie lub w imieniu wszystkich   )
pozostalych w podobnych sytuacjach.   )     Sedzia Joan B. Gottschall
                     )
        Powód,       )     Sedzia Nizszej Instancji Daniel
                     )     G. Martin
         v.         )
                     )     No. 13 spr. cyw. 1230
ABM INDUSTRIES, INC.; ABM      )
JANITORIAL SERVICES, INC.     )
et al.,                   )

       Pozwany.

### OSWIADCZENIE

Ja, _ANNA_ _ZLEIKA_ , pod grozba odpowiedzialnosci karnej niniejszym oswiadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jesli zostane wezwana w charakterze swiadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Pracowalam w ABM jako sprzataczka w ciagu ostatnich trzech lat.

3. Jako sprzataczka w ABM, lokalizacja w ktorej pracowalam przez ostatnie trzy lata, obejmuje: _111. E. Wecker_

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu _PUNCH CARD_

5. W ciagu ostatnich trzech lat regularnie odbijalam karte przed rozpoczeciem mojej zaplanowanej zmiany.

6. W ciagu ostatnich trzech lat, kiedy odbijalam karte przed rozpoczeciem mojej zaplanowanej zmiany, obserwowalam innych sprzataczy odbijajacych karty przed rozpoczeciem ich zaplanowanych zmian.

7. Zazwyczaj tuz po odbiciu karty, bralam swoj sprzet do sprzatania, przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie.

Data: _28_ Czerwca, 2013 roku

              Podpis: _Wójcic Hana_

      Imię i nazwisko drukiem: _ANNA ZLEIKA_

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKBY BINISSIA,                          )
indywidualnie oraz w imieniu wszystkich       )
innych w podobnej sytuacji,                    )          Sędzia Joan B. Gottschall
                                               )
                        Powód,                 )     Sędzia niższej instancji Daniel G.
                                               )                 Martin
                   przeciwko                    )
                                               )          Nr 13 spr. cyw. 1230
ABM INDUSTRIES, INC.; ABM                       )
JANITORIAL SERVICES, INC.                      )
et al.,                                        )
                                               )

                   Pozwani.

## OŚWIADCZENIE - GRAŻYNA KOZMIK

Ja, Grażyna Kozmik, pod groźbą odpowiedzialności karnej niniejszym oświadczam, co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jeśli zostanę wezwana w charakterze świadka, kompetentnie złożę zeznania co do faktów zawartych w tym oświadczeniu.

2. Zaczęłam pracować jako dozorczyni w ABM w 1999 roku i obecnie pracuję jako dozorczyni w ABM.

3. Będąc dozorczynią w ABM, jednym z miejsc, w których pracowałam w ciągu ostatnich trzech lat, jest: 191 North Wacker Drive, Chicago, IL.

4. W ciągu ostatnich trzech lat ABM rejestrowało oraz monitorowało mój czas przyjścia do pracy i czas wyjścia z pracy przy użyciu karty perforowanej.

5. W ciągu ostatnich trzech lat pracowałam na zmianie od godziny 17 do 1 w nocy.

6. W ciągu ostatnich trzech lat meldowałam się regularnie około 10 minut przed rozpoczęciem mojej zaplanowanej zmiany.

7. Zazwyczaj tuż po zameldowaniu się zabieram moje klucze, mój sprzęt oraz środki czystości, przechodzę do wyznaczonego mi miejsca pracy i rozpoczynam sprzątanie.

8. Zazwyczaj pod koniec mojej zmiany odkładam mój sprzęt do czasu rejestracji mojego wyjścia z pracy.

9. Przez mniej więcej ostatnie 2 miesiące nasi przełożeni nie pozwalają dozorcom, którzy pracują na zmianie od godziny 17 do 1 w nocy, włączając mnie, na rejestrowanie czasu przyjścia do pracy wcześniej niż o godzinie 17.

Data: 0 3 maja, 2013 roku        Podpis: _Grazyna Kozmik_

Imię i nazwisko drukowanymi literami: _GRAZYNA  KOZMIK_

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | Judge Joan B. Gottschall |
| v. | ) ) ) | Magistrate Judge Daniel G. Martin |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | No. 13 cv 1230 |
| Defendants. | ) ) | |

## DECLARATION

I, Marta Latocha, hereby declare the following under penalty of perjury:

1.  This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.  I have worked for ABM as a Janitor within the last three years.

3.  As a janitor for ABM, the locations I worked at during the last three years include: 20 N. Wacker Drive, Chicago, IL.

4.  During the last three years ABM recorded and tracked my punch-in and punch-out times by use of punch card.

5.  During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.  During the last three years, when I would punch-in for work before the start of my scheduled shift, I observed other janitors punching in before the start of their scheduled shifts.

7.  Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June 13, 2013

_____ Sign
Name

_____ Print
Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRICE IKBY BINISSIA,<br>indywidualnie lub w imieniu wszystkich<br>pozostałych w podobnych sytuacjach. | )<br>)<br>) | Sedzia Joan B. Gottschall |
| Powód, | )<br>) | Sedzia Niższej Instancji Daniel<br>G. Martin |
| v. | )<br>) | No. 13 spr. cyw. 1230 |
| ABM INDUSTRIES, INC.; ABM<br>JANITORIAL SERVICES, INC.<br>et al., | )<br>)<br>) | |
| Pozwany. | | |

## OŚWIADCZENIE

Ja *MARTA LATOCK* pod groźbą odpowiedzialności karnej niniejszym oświadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jeśli zostanę wezwana w charakterze świadka, kompetentnie złożę zeznania co do faktów zawartych w tym oświadczeniu.

2. Pracowałam w ABM jako sprzątaczka w ciągu ostatnich trzech lat.

3. Jako sprzątaczka w ABM, lokalizacja w której pracowałam przez ostatnie trzy lata, obejmuje:
   *QON NACHER DR*

4. W ciągu ostatnich trzech lat ABM rejestrowało oraz monitorowało mój czas przyjścia do pracy i czas wyjścia z pracy przy użyciu *odbijanie karty*

5. W ciągu ostatnich trzech lat regularnie odbijałam kartę przed rozpoczęciem mojej zaplanowanej zmiany.

6. W ciągu ostatnich trzech lat, kiedy odbijałam kartę przed rozpoczęciem mojej zaplanowanej zmiany, obserwowałam innych sprzątaczy odbijających karty przed rozpoczęciem ich zaplanowanych zmian.

7. Zazwyczaj tuż po odbiciu karty, brałam swój sprzęt do sprzątania, przechodziłam do wyznaczonego mi miejsca pracy i rozpoczynałam sprzątanie.

Data: *13* Czerwca, 2013 roku

Podpis: *Marta Latock*

Imię i nazwisko drukiem: *MARTA LATOCKA*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., )<br><br>Defendants. ) | Judge Joan B. Gottschall<br><br>Magistrate Judge Daniel G. Martin<br><br>No. 13 cv 1230 |

## DECLARATION

I, KRYSTYNA LEONCZUK, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: 227 W MONROE

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of PUNCH CARD

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. During the last three years, when I would punch-in for work before the start of my scheduled shift, I observed other janitors punching in before the start of their scheduled shifts.

7. Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: ~~June~~ July 1, 2013

_K. Leon_ _____ Sign
Name

_Krystyna Leonczuk_ Print
Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **BRICE IKBY BINISSIA,** | ) | |
| indywidualnie lub w imieniu wszystkich | ) | |
| pozostałych w podobnych sytuacjach. | ) | **Sedzia Joan B. Gottschall** |
| | ) | |
| Powód, | ) | **Sedzia Niższej Instancji Daniel** |
| | ) | **G. Martin** |
| v. | ) | |
| | ) | No. 13 spr. cyw. 1230 |
| ABM INDUSTRIES, INC.; ABM | ) | |
| JANITORIAL SERVICES, INC. | ) | |
| et al., | ) | |
| | ) | |
| Pozwany. | | |

## OSWIADCZENIE

Ja, ~~Krystyna Leaniak~~ pod grozba odpowiedzialnosci karnej niniejszym oswiadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jesli zostane wezwany w charakterze swiadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Pracowalem w ABM jako sprzatacz w ciagu ostatnich trzech lat.

3. Jako sprzątacz w ABM, lokalizacja w ktorej pracowalem przez ostatnie trzy lata, obejmuje: _227 N. Manrou_

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu _Karta_

5. W ciagu ostatnich trzech lat regularnie odbijalem karte przed rozpoczeciem mojej zaplanowanej zmiany.

6. W ciagu ostatnich trzech lat, kiedy odbijalem karte przed rozpoczeciem mojej zaplanowanej zmiany, obserwowalem innych sprzataczy odbijajacych karty przed rozpoczeciem ich zaplanowanych zmian.

7. Zazwyczaj tuz po odbiciu karty, bralem swoj sprzet do sprzatania, przechodzilem do wyznaczonego mi miejsca pracy i rozpoczynalem sprzatanie.

Data: _1. dimec Czerwca 2013 roku_

Podpis: _Krynak_

Imię i nazwisko drukiem: _Krystyna Lesnian,_

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | Judge Joan B. Gottschall |
| v. | ) ) | Magistrate Judge Daniel G. Martin |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | No. 13 cv 1230 |
| Defendants. | ) ) | |

## DECLARATION

I, LUCYNA STARXYKU , hereby declare the following under penalty of perjury:

1.  This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.  I have worked for ABM as a Janitor within the last three years.

3.  As a janitor for ABM, the locations I worked at during the last three years include: _____ 191 N WACKER, _____.

4.  During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _____ Punch card _____.

5.  During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.  Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

7.  Within approximately the last _3 months_, janitors who work on my shift, including myself, were advised by our supervisor to _punch-in and punch-out at 5 p.m. and 10 m._

Dated: June 13, 2013

_____Sign
Name

_____Print
Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BRICE IKBY BINISSIA, )
indywidualnie lub w imieniu wszystkich )
pozostałych w podobnych sytuacjach. )       Sedzia Joan B. Gottschall
)
Powód, )       Sedzia Niższej Instancji Daniel
)       G. Martin
v. )
)       No. 13 spr. cyw. 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. )
et al., )
)
Pozwany. )

## OSWIADCZENIE

Ja, _Lucyno_ , pod grozba odpowiedzialnosci karnej niniejszym oswiadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jesli zostanie wezwana w charakterze swiadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Pracowalam w ABM jako sprzataczka w ciagu ostatnich trzech lat.

3. Jako sprzataczka w ABM, lokalizacja w ktorej pracowalam przez ostatnie trzy lata, obejmuje: _181 N. WACKER_

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu _Karty zegarowej_

5. W ciagu ostatnich trzech lat regularnie odbijalam karte przed rozpoczeciem mojej zaplanowanej zmiany.

6. Zazwyczaj tuz po odbiciu karty, bralam swoj sprzet do sprzatania, przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie.

7. W ciagu okolo ostatnich _3 miesiecy_ , sprzatacze ktorzy pracowali na mojej zmianie, wlacznie ze mna, zostali poinstruowani przez swoich przelozonych _ze mamy odbijac karty 5pm - 1am_

Data: _13_ Czerwca, 2013 roku

Podpis: _Lucyna Starzyk_

Imię i nazwisko drukiem: _LUCYNA STARZYK_

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>) | |
| Plaintiffs, )<br>) | Judge Joan B. Gottschall |
| )<br>) | Magistrate Judge Daniel G. Martin |
| v. )<br>) | No. 13 cv 1230 |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., )<br>)<br>) | |
| Defendants. )<br>) | |

## DECLARATION

I, _LUCYNA RZEPA_, hereby declare the following under penalty of perjury:

1.  This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.  I have worked for ABM as a Janitor within the last three years.

3.  As a janitor for ABM, the locations I worked at during the last three years include: _20 N WACKER DR_.

4.  During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _PUNCH CARD_.

5.  During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.  During the last three years, when I would punch-in for work before the start of my scheduled shift, I observed other janitors punching in before the start of their scheduled shifts.

7.  Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.


Dated: June _13_, 2013

_____ Sign

Name

_____ Print

Name

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRICE IKBY BINISSIA,
indywidualnie lub w imieniu wszystkich
pozostałych w podobnych sytuacjach.

     Powód,

     v.

ABM INDUSTRIES, INC.; ABM
JANITORIAL SERVICES, INC.
et al.,

     Pozwany.

)
)
)
)
)
)
)
)
)
)
)
)

Sędzia Joan B. Gottschall

Sędzia Niższej Instancji Daniel
G. Martin

No. 13 spr. cyw. 1230

## OŚWIADCZENIE

Ja _Lucyna Rzepa_, pod groźbą odpowiedzialności karnej niniejszym oświadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jeśli zostanę wezwana w charakterze świadka, kompetentnie złoże zeznania co do faktów zawartych w tym oświadczeniu.

2. Pracowałam w ABM jako sprzątaczka w ciągu ostatnich trzech lat.

3. Jako sprzątaczka w ABM, lokalizacja w ktorej pracowałam przez ostatnie trzy lata, obejmuje: _20 N. WACKER DR_

4. W ciągu ostatnich trzech lat ABM rejestrowało oraz monitorowało moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu _ponczociane karty_

5. W ciągu ostatnich trzech lat regularnie odbijałam karte przed rozpoczeciem mojej zaplanowanej zmiany.

6. W ciągu ostatnich trzech lat, kiedy odbijałam karte przed rozpoczeciem mojej zaplanowanej zmiany, obserwowałam innych sprzątaczy odbijajacych karty przed rozpoczeciem ich zaplanowanych zmian.

7. Zazwyczaj tuz po odbiciu karty, brałam swoj sprzet do sprzątania, przechodziłam do wyznaczonego mi miejsca pracy i rozpoczynałam sprzątanie.

Data: _13_ Czerwca, 2013 roku

Podpis: _Lucyna Rzepa_

Imię i nazwisko drukiem: _LUCYNA RZEPA_

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BRICE IKBY BINISSIA, Individually and ) 
on Behalf of All Others Similarly Situated, )
           )   Judge Joan B. Gottschall
       Plaintiffs, )
           )   Magistrate Judge Daniel G. Martin
   v.         )
           )   No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
           )
      Defendants. )

## DECLARATION

I, _RENATA KARKO62KA_, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: _233 N. MICHIGAN_.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _PUNCH CARD_.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. Typically, as soon as I punch-in for work, I would _take my cart and_ _and_ go to my assigned area to begin cleaning.

Dated: June _28_, 2013

_____ Sign
Name
_____ Print
Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRICE IKBY BINISSIA,<br>indywidualnie lub w imieniu wszystkich<br>pozostałych w podobnych sytuacjach.<br><br>Powód,<br><br>v.<br><br>ABM INDUSTRIES, INC.; ABM<br>JANITORIAL SERVICES, INC.<br>et al.,<br><br>Pozwany. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Sedzia Joan B. Gottschall<br><br>Sedzia Nizszej Instancji Daniel<br>G. Martin<br><br>No. 13 spr. cyw. 1230 |

## OSWIADCZENIE

Ja, _RENATA KARKOSZKA_, pod grozba odpowiedzialnosci karnej niniejszym oswiadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jesli zostane wezwana w charakterze swiadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Pracowalam w ABM jako sprzataczka w ciagu ostatnich trzech lat.

3. Jako sprzątaczka w ABM, lokalizacja w ktorej pracowałam przez ostatnie trzy lata, obejmuje: _233. N. MICHIGEN_

4. W ciagu ostatnich trzech lat ABM rejestrowało oraz monitorowało moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu _p karto perforowana_

5. W ciagu ostatnich trzech lat regularnie odbijalam karte przed rozpoczeciem mojej zaplanowanej zmiany.

6. Zazwyczaj tuz po odbiciu karty, _biore swój wozek i ide do pracy_ _przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie_

Data: _28_ Czerwca, 2013 roku

Podpis: _Renata Karkoszka_

Imię i nazwisko drukiem: _RENATA KARKOSZKA_

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                                      )    Judge Joan B. Gottschall
             Plaintiffs, )
                                      )    Magistrate Judge Daniel G. Martin
       v. )
                                        )    No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                                      )
           Defendants. )

## DECLARATION

I, _MOLINA ASCENCION_ , hereby declare the following under penalty of perjury:

1.    This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.    I have worked for ABM as a Janitor within the last three years.

3.    As a janitor for ABM, the locations I worked at during the last three years include: ___ 353 N CLARK ___ .

4.    During the last three years ABM recorded and tracked my punch-in and punch-out times by use of ___ PUNCH CARD ___ .

5.    During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.    Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June 26, 2013

_____Sign
        Name

_____Print
        Name

ESTADOS UNIDOS TRIBUNAL DE DISTRITO
Distrito Norte De Illinois
DIVISION DEL ESTE

BRICE IKBY BINISSIA, Individualmente )
y en nombre de todos los demás en una )
situación similar, )
                               )   Juez Joan B. Gottschall
           Los Demandante, )
                               )   El Juez federal Daniel G. Martin
                )
    v.                  )   No. 13 cv 1230
                               )
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                               )
          Los Acusados.

## DECLARACIÓN

Yo, *MOLINA A seg* declare lo siguiente, bajo pena de prerjurio:

1. Esta Declaración se basa en mi conocimiento personal y si es llamado como testigo que sería competente para dar fe de los hechos contenidos en esta Declaración.

2. He trabajado para ABM como porter en los últimos tres años.

3. Como un conserje para ABM, los lugares que he trabajado en los últimos tres años son: *353 P CLARK*

4. Durante los últimos tres años ABM registrado y rastreado mi punch-in y punch-out a veces mediante el uso de *TARGETA PUNCHCARD.*

5. Durante los últimos tre años, yo regularmente el pinchado de entrada para el trabajo antes del comenizo de mi turno programado.

6. Por lo general, tan pronto como punch-in para el trabajo, me gustaria recoger mis suministos, visite mi area asignada y comenzar a limpiar.

Fecha: *26* junio de 2013 Entrar   *ASCENCION MOLINA* nombre

                                   *ASCELCION MOL* imprimir nombre

ESTADOS UNIDOS TRIBUNAL DE DISTRITO
Distrito Norte De Illinois
DIVISION DEL ESTE

BRICE IKBY BINISSIA, Individualmente )
y en nombre de todos los demás en una )
situación similar, )
                                    )     Juez Joan B. Gottschall
                                    )
            Los Demandante, )     El Juez federal Daniel G. Martin
                                    )
      v. )     No. 13 cv 1230
                                    )
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et aL, )
                                    )
          Los Acusados.

## DECLARACIÓN

Yo, __María Pérez__, declare lo siguiente, bajo pena de prerjurio:

1. Esta Declaración se basa en mi conocimiento personal y si es llamado como testigo que sería competente para dar fe de los hechos contenidos en esta Declaración.

2. He trabajado para ABM como porter en los últimos tres años.

3. Como un conserje para ABM, los lugares que he trabajado en los últimos tres años son: __2300 Crant Rd. Lyons IL__

4. Durante los últimos tres años ABM registrado y rastreado mi punch-in y punch-out a veces mediante el uso de __HuBano escaned__.

5. Durante los últimos tre años, yo regularmente el pinchado de entrada para el trabajo antes del comenizo de mi turno programado.

6. Por lo general, tan pronto como punch-in para el trabajo, me gustaria recoger mis suministos, visite mi area asignada y comenzar a limpiar.

Fecha: __09__ junio de 2013 Entrar     __María Pérez__     nombre

                                               __María Pérez__     imprimir nombre

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, ) | |
| ) | Judge Joan B. Gottschall |
| Plaintiffs, ) | |
| ) | Magistrate Judge Daniel G. Martin |
| v. ) | |
| ) | No. 13 cv 1230 |
| ABM INDUSTRIES, INC.; ABM ) | |
| JANITORIAL SERVICES, INC. et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION

I, _MARIA PEREZ_, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: _2300 CABOT RD LYONS IL_.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _HAND WRITTEN_.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June 29, 2013

_____ Sign
Name

_____ Print
Name

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
)                    **Judge Joan B. Gottschall**
Plaintiffs, )
)                    **Magistrate Judge Daniel G. Martin**
v. )
)                    **No. 13 cv 1230**
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
)
Defendants. )

## DECLARATION

I, _MARTHA PACHECO_ , hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: _____ _2300 CABAT RD_ _____.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _____ _HAND WRITTEN_ _____.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June _29_, 2013

_____Sign
Name
_____Print
Name

**ESTADOS UNIDOS TRIBUNAL DE DISTRITO**
**Distrito Norte De Illinois**
**DIVISION DEL ESTE**

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individualmente y en nombre de todos los demás en una situación similar, | ) ) ) | Juez Joan B. Gottschall |
| | ) | |
| Los Demandante, | ) ) | El Juez federal Daniel G. Martin |
| v. | ) ) | No. 13 cv 1230 |
| | ) | |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | |
| Los Acusados. | | |

## DECLARACIÓN

Yo, ~~Martha Pacheco~~ declare lo siguiente, bajo pena de prerjurio:

1. Esta Declaración se basa en mi conocimiento personal y si es llamado como testigo que sería competente para dar fe de los hechos contenidos en esta Declaración.

2. He trabajado para ABM como porter en los últimos tres años.

3. Como un conserje para ABM, los lugares que he trabajado en los últimos tres años son: 2300 Coast Rd. Lyons IL

4. Durante los últimos tres años ABM registrado y rastreado mi punch-in y punch-out a veces mediante el uso de A mano escrito.

5. Durante los últimos tre años, yo regularmente el pinchado de entrada para el trabajo antes del comenizo de mi turno programado.

6. Por lo general, tan pronto como punch-in para el trabajo, me gustaria recoger mis suministos, visite mi area asignada y comenzar a limpiar.

Fecha: 29 junio de 2013 Entrar  _Martha Pacheco_  nombre

_Martha Pacheco_  imprimir nombre

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **BRICE IKBY BINISSIA, Individually and** | ) | |
| **on Behalf of All Others Similarly Situated,** | ) | |
| | ) | **Judge Joan B. Gottschall** |
| **Plaintiffs,** | ) | |
| | ) | **Magistrate Judge Daniel G. Martin** |
| **v.** | ) | |
| | ) | **No. 13 cv 1230** |
| **ABM INDUSTRIES, INC.; ABM** | ) | |
| **JANITORIAL SERVICES, INC. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DECLARATION

I, Jorge Diaz, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: 1400 Opus Place.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of handwritten timesheets and cell phone.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June 29, 2013

_____ Sign
Name

_____ Print
Name

ESTADOS UNIDOS TRIBUNAL DE DISTRITO
Distrito Norte De Illinois
DIVISION DEL ESTE

BRICE IKBY BINISSIA, Individualmente      )
y en nombre de todos los demás en una     )
situación similar,                        )        Juez Joan B. Gottschall
                                          )
                    Los Demandante,       )        El Juez federal Daniel G. Martin
                                          )
          v.                              )        No. 13 cv 1230
                                          )
ABM INDUSTRIES, INC.; ABM                 )
JANITORIAL SERVICES, INC. et al.,         )
                                          )
                    Los Acusados.

## DECLARACIÓN

Yo, Jorge Diaz , declare lo siguiente, bajo pena de prerjurio:

1. Esta Declaración se basa en mi conocimiento personal y si es llamado como testigo que sería competente para dar fe de los hechos contenidos en esta Declaración.

2. He trabajado para ABM como porter en los últimos tres años.

3. Como un conserje para ABM, los lugares que he trabajado en los últimos tres años son:
1400 Chs Plaza

4. Durante los últimos tres años ABM registrado y rastreado mi punch-in y punch-out a veces mediante el uso de Tarjeta y telephon .

5. Durante los últimos tre años, yo regularmente el pinchado de entrada para el trabajo antes del comenizo de mi turno programado.

6. Por lo general, tan pronto como punch-in para el trabajo, me gustaria recoger mis suministos, visite mi area asignada y comenzar a limpiar.

Fecha: 24 junio de 2013 Entrar _Jorge Diaz_ nombre

_Jorge Diaz_ imprimir nombre

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | Judge Joan B. Gottschall |
| v. | ) ) ) | Magistrate Judge Daniel G. Martin |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | No. 13 cv 1230 |
| Defendants. | ) ) | |

## DECLARATION

I, Dominga Bandera, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: 233 N. Michigan Ave., Chicago, IL.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of punch card.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June 27, 2013

_____Sign
Name
_____Print
Name

**ESTADOS UNIDOS TRIBUNAL DE DISTRITO**
**Distrito Norte De Illinois**
**DIVISION DEL ESTE**

| | | |
|---|---|---|
| **BRICE IKBY BINISSIA, Individualmente** | ) | |
| **y en nombre de todos los demás en una** | ) | |
| **situación similar,** | ) | **Juez Joan B. Gottschall** |
| | ) | |
| Los Demandante, | ) | **El Juez federal Daniel G. Martin** |
| | ) | |
| v. | ) | **No. 13 cv 1230** |
| | ) | |
| **ABM INDUSTRIES, INC.; ABM** | ) | |
| **JANITORIAL SERVICES, INC. et aL,** | ) | |
| | ) | |
| Los Acusados. | | |

## DECLARACIóN

Yo, Dominga Bandera declare lo siguiente, bajo pena de prerjurio:

1. Esta Declaración se basa en mi conocimiento personal y si es llamado como testigo que sería competente para dar fe de los hechos contenidos en esta Declaración.

2. He trabajado para ABM como porter en los últimos tres años.

3. Como un conserje para ABM, los lugares que he trabajado en los últimos tres años son: 233 N. Michigan Ave. Chicago IL

4. Durante los últimos tres años ABM registrado y rastreado mi punch-in y punch-out a veces mediante el uso de punch card.

5. Durante los últimos tre años, yo regularmente el pinchado de entrada para el trabajo antes del comenizo de mi turno programado.

6. Por lo general, tan pronto como punch-in para el trabajo, me gustaria recoger mis suministos, visite mi area asignada y comenzar a limpiar.

Fecha: 27 junio de 2013 Entrar ___Dominga Bandera___ nombre

___Dominga Bandera___ imprimir nombre

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| | ) | Judge Joan B. Gottschall |
| Plaintiffs, | ) ) | |
| | ) | Magistrate Judge Daniel G. Martin |
| v. | ) ) | No. 13 cv 1230 |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | |
| Defendants. | ) | |

## DECLARATION

I, Salvador Madrigal, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: 2 North Riverside Plaza.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of punch card.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June 26, 2013

_____Sign
Name

_____Print
Name

ESTADOS UNIDOS TRIBUNAL DE DISTRITO
Distrito Norte De Illinois
DIVISION DEL ESTE

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individualmente y en nombre de todos los demás en una situación similar, | ) ) ) | |
| | ) | Juez Joan B. Gottschall |
| Los Demandante, | ) ) | El Juez federal Daniel G. Martin |
| v. | ) ) | No. 13 cv 1230 |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) ) | |
| Los Acusados. | | |

## DECLARACIÓN

Yo, _Salvador Madrigal_ declare lo siguiente, bajo pena de prerjurio:

1. Esta Declaración se basa en mi conocimiento personal y si es llamado como testigo que sería competente para dar fe de los hechos contenidos en esta Declaración.

2. He trabajado para ABM como porter en los últimos tres años.

3. Como un conserje para ABM, los lugares que he trabajado en los últimos tres años son: _Two point riverSide PlAZA_

4. Durante los últimos tres años ABM registrado y rastreado mi punch-in y punch-out a veces mediante el uso de _Punch card_ .

5. Durante los últimos tre años, yo regularmente el pinchado de entrada para el trabajo antes del comenizo de mi turno programado.

6. Por lo general, tan pronto como punch-in para el trabajo, me gustaria recoger mis suministos, visite mi area asignada y comenzar a limpiar.

Fecha: _26_ junio de 2013 Entrar _Salvador madrigal_ nombre

_Salvador madrigal_ imprimir nombre

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BRICE IKBY BINISSIA, Individually and   )
on Behalf of All Others Similarly Situated,   )
        )     Judge Joan B. Gottschall
       Plaintiffs,   )
        )     Magistrate Judge Daniel G. Martin
    v.   )
        )     No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM   )
JANITORIAL SERVICES, INC. et al.,   )
        )
       Defendants.   )

## DECLARATION

I, _MATILDE OCHOA_, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: _209 N JACKSON_.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _PUNCH CARDS_.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.


Dated: June _15_, 2013      _____Sign
                              Name
                        _____Print
                              Name

ESTADOS UNIDOS TRIBUNAL DE DISTRITO
Distrito Norte De Illinois
DIVISION DEL ESTE

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individualmente y en nombre de todos los demás en una situación similar, | ) ) ) ) | Juez Joan B. Gottschall |
| Los Demandante, | ) ) | El Juez federal Daniel G. Martin |
| v. | ) ) | No. 13 cv 1230 |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) ) | |
| Los Acusados. | | |

## DECLARACIÓN

Yo, _MAtilde ccha_ declare lo siguiente, bajo pena de prerjurio:

1. Esta Declaración se basa en mi conocimiento personal y si es llamado como testigo que sería competente para dar fe de los hechos contenidos en esta Declaración.

2. He trabajado para ABM como porter en los últimos tres años.

3. Como un conserje para ABM, los lugares que he trabajado en los últimos tres años son: _209 W Jackson_

4. Durante los últimos tres años ABM registrado y rastreado mi punch-in y punch-out a veces mediante el uso de _punch cards_ .

5. Durante los últimos tre años, yo regularmente el pinchado de entrada para el trabajo antes del comenizo de mi turno programado.

6. Por lo general, tan pronto como punch-in para el trabajo, me gustaria recoger mis suministos, visite mi area asignada y comenzar a limpiar.

Fecha: _1.5_ junio de 2013 Entrar _Matilde Chea_ nombre

_MAtilde ccha_ Imprimir nombre

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and ) 
on Behalf of All Others Similarly Situated, )
                               )    Judge Joan B. Gottschall
            Plaintiffs, )
                               )    Magistrate Judge Daniel G. Martin
      v.                           )
                               )    No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                               )
           Defendants. )

## DECLARATION

I, _ISIDRO BELTRAN_, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: _PRUDENTIAL PLAZA LOCATOR / 130 E. RANDOLPH_

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _____PUNCH CARD_____.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.


Dated: June _15_, 2013

_____Sign
      Name
_____Print
      Name

ESTADOS UNIDOS TRIBUNAL DE DISTRITO
Distrito Norte De Illinois
DIVISION DEL ESTE

BRICE IKBY BINISSIA, Individualmente )
y en nombre de todos los demás en una )
situación similar, )
                               )    Juez Joan B. Gottschall
           Los Demandante,    )    El Juez federal Daniel G. Martin
                               )
       v.                       )    No. 13 cv 1230
                               )
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                               )
           Los Acusados.

## DECLARACIóN

Yo, _Isidro Beltran_ declare lo siguiente, bajo pena de prerjurio:

1. Esta Declaración se basa en mi conocimiento personal y si es llamado como testigo que sería competente para dar fe de los hechos contenidos en esta Declaración.

2. He trabajado para ABM como porter en los últimos tres años.

3. Como un conserje para ABM, los lugares que he trabajado en los últimos tres años son: _Prudential Plaza location_ / _130 E. Randolph._

4. Durante los últimos tres años ABM registrado y rastreado mi punch-in y punch-out a veces mediante el uso de _Punch Card._

5. Durante los últimos tre años, yo regularmente el pinchado de entrada para el trabajo antes del comenizo de mi turno programado.

6. Por lo general, tan pronto como punch-in para el trabajo, me gustaria recoger mis suministos, visite mi area asignada y comenzar a limpiar.

Fecha: _15_ · junio de 2013 Entrar _Isidro Beltran_ nombre

_Isidro Beltran_ imprimir nombre

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                                  )    Judge Joan B. Gottschall
             Plaintiffs, )
                                  )    Magistrate Judge Daniel G. Martin
      v. )
                                    )    No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                              )
           Defendants. )

## DECLARATION OF RONNIE CARR

I, Ronnie Carr, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 2009 and I currently work as a janitor for ABM.

3. As a janitor for ABM, the location I worked at during the last three years includes: 180 North La Salle Street, Chicago, IL.

4. During the last three years, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. In the last three years, my scheduled shifts were from 3 pm – 11:30 pm.

6. During the last three years, I would regularly punch-in for work approximately 20 minutes before the start of my scheduled shift.

7. Typically, as soon as I punch in for work, I would get my supplies and keys and go to my assigned work area to begin cleaning.

8. Typically, at the end of my shift, I put away my keys and cleaning supplies up to the time I punch out.

9. Within approximately the last year, our supervisors began to require that we punch-in no earlier than 10 minutes before the start of our scheduled shift and punch-out at the same time at the end of our scheduled shift.

Dated: May _25_, 2013         _Ronnie L. Carr_____ Signature

                                     _RONNIE L. CARR_____ Print Name

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | Judge Joan B. Gottschall |
| v. | ) ) ) | Magistrate Judge Daniel G. Martin |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | No. 13 CV 1230 |
| Defendants. | ) ) | |

### DECLARATION OF ANTONI CHMENIA

I,      Antoni Chmenia, hereby declare the following under penalty of perjury:

1.    This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.    I have been working as a janitor for ABM since 1990 until present.

3.    As a janitor for ABM, the location I worked at during the last three years includes: 233 N Michigan, Chicago, IL.

4.    During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5.    My scheduled shifts were from 5pm to 1 am.

6.    During the last three years, I would punch-in for work 10, 15 or sometimes 20 minutes before the start of my scheduled shift.

7.    Typically, as soon as I punched in for work, I would get my supplies and go to my assigned work area and begin cleaning.

8.    Typically, at the end of my shift, I would stop working and put away my supplies up to the time I punched out.

Dated: June 26, 2013

_Antoni Chmenia_ Sign
Name
ANTONI CHMENIA Print
Name

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                                   )    Judge Joan B. Gottschall
          Plaintiffs, )
                                   )    Magistrate Judge Daniel G. Martin
    v.                         )
                                   )    No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                                   )
          Defendants. )

### DECLARATION OF MARIA CIESLAK

I, Maria Cieslak, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 1987 and I was laid off for 4 months in 2002. I currently work as a janitor for ABM.

3. As a janitor for ABM, the locations I worked at during the last three years includes: 191 North Wacker Drive, Chicago, IL.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. Typically, as soon as I punch-in for work, I would get my cleaning supplies, go directly to the area I was assigned and begin cleaning.

7. Typically, at the end of my shift, I would put away my cleaning supplies up to the time I punch-out.

8. Within approximately the last few months, our supervisors do not allow the janitors who work the 5 pm to 1 am shift, including myself, to punch-in for work earlier than 5 pm.

Dated: June 19, 2013         _Maria Cieslak_ Sign
                                         Name
                                   _MARIA CIESLAK_ Print
                                         Name

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA,<br>indywidualnie lub w imieniu wszystkich<br>pozostałych w podobnych sytuacjach. | )<br>)<br>)<br>) | Sędzia Joan B. Gottschall |
| Powód, | )<br>) | Sędzia Niższej Instancji Daniel<br>G. Martin |
| v. | )<br>) | No. 13 spr. cyw. 1230 |
| ABM INDUSTRIES, INC.; ABM<br>JANITORIAL SERVICES, INC.<br>et al., | )<br>)<br>) | |

Pozwany.

## OSWIADCZENIE – MARIA CIESLAK

Ja, Maria Cieslak, pod grozbą odpowiedzialności karnej niniejszym oświadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jesli zostanę wezwana w charakterze świadka, kompetentnie złoże zeznania co do faktów zawartych w tym oswiadczeniu.

2. Pracowalam w ABM jako sprzataczka w roku 1987 i bylam zwolniona na 4 miesiace w 2002 roku. Pracuje jako sprzataczka w ABM w obecnej chwili.

3. Jako sprzątaczka w ABM, lokalizacja w ktorej pracowalam przez ostatnie trzy lata, obejmuje: 191 North Wacker Drive, Chicago, IL.

4. W ciągu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu karty perforowanej.

5. W ciągu ostatnich trzech lat regularnie odbijalam karte przed rozpoczeciem mojej zaplanowanej zmiany.

6. Zazwyczaj tuz po odbiciu karty, bralam swoj sprzet do sprzatania, przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie.

7. Zazwyczaj pod koniec mojej zmiany, odkladalam swoj sprzet do sprzatanie i przygotowywalam sie do wyjscia az do czasu odbicia karty.

8. W ciągu okolo ostatnich pare miesiecy, sprzatacze ktorzy pracowali na mojej zmianie, wlacznie ze mna, zostali poinstruowani przez swoich przelozonych ze nic odijac karty przed praca az do 5 pm.

Data: 19 Czerwca, 2013 roku

Podpis: *Maria Cieslak*

Imię i nazwisko drukiem: *MARIA CIESLAK*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                                           )
                                           )   Judge Joan B. Gottschall
                     Plaintiffs,           )
                                           )   Magistrate Judge Daniel G. Martin
             v.                            )
                                           )   No. 13 CV 1230
ABM INDUSTRIES, INC.; ABM                  )
JANITORIAL SERVICES, INC. et al.,          )
                                           )
                     Defendants.           )

## DECLARATION OF DANUTA DACHOWSKA

I,   Danuta Dachowska, hereby declare the following under penalty of perjury:

1.   This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.   I have been working as a janitor for ABM since 1998 until present.

3.   As a janitor for ABM, the location I worked at during the last three years includes: 111 W. Monroe, Chicago, IL.

4.   During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5.   My scheduled shifts were from 5 pm to 1 am.

6.   Until December, 2012, I would regularly punch-in for work approximately 10 minutes before the start of my scheduled shift.

7.   Typically, as soon as I punched in for work, I would get my supplies such as a cart and cleaning products and go directly to my assigned work area and begin working.

8.   Typically, at the end of my shift, I would stop working and put away my supplies up to the time I punched out.

9.   Starting January 1, 2013, we were instructed by our supervisors to punch-in exactly at 5 pm and punch-out exactly at 1am every day.

Dated: June 13, 2013                    _Danuta Dachowska_ Sign
                                                    Name
                                        DANUTA DACHOWSKA Print
                                                    Name

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRICE IKBY BINISSIA,<br>indywidualnie lub w imieniu wszystkich<br>pozostałych w podobnych sytuacjach.<br><br>Powód,<br><br>v.<br><br>ABM INDUSTRIES, INC.; ABM<br>JANITORIAL SERVICES, INC.<br>et al.,<br>Pozwany. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Sędzia Joan B. Gottschall<br><br>Sędzia polubowny Daniel<br>G. Martin<br><br>No. 13 CV 1230 |

## OŚWIADCZENIE- DANUTA DACHOWSKI

Ja, Danuta Dachowski, pod grozba odpowiedzialnosci karnej niniejszym oświadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jeśli zostane wezwana w charakterze swiadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Rozpoczelam prace jako sprzątaczka (janitor) w ABM w roku 1998 do chwili obecnej.

3. Jako sprzątaczka w ABM, lokalizacja w ktorej pracowalam przez ostatnie trzy lata, jest: 111 W. Monroe, Chicago, IL.

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia i czas wyjscia z pracy przy uzyciu karty perforowanej (punch card).

5. Moje zaplanowane zmiany trwaly od godziny 5 po poludniu do 1 nad ranem.

6. Do Grudnia 2012 roku, regularnie odbijalam karte okolo 10 minut przed rozpoczeciem mojej zaplanowanej zmiany.

7. Zazwyczaj tuz po odbiciu karty, dostawalm sprzet do sprzatania oraz srodki czyszczace, przechodzilam do wyznaczonego mi miejsca pracy i zaczynalam pracowac.

8. Zazwyczaj pod koniec mojej zmiany, przestawalm pracowac, odkladalam srodki czyszczace i udawalam sie odbic karte.

9. Od 1-go Stycznia 2013, zostalismy poinstruowani przez naszych przelozonych aby odbijac karte przed praca dokladnie o godzinie 5 po poludniu i odbijac karte po pracy dokladnie o 1 nad ranem.

Data: 13 Czerwca, 2013 roku

Podpis: _Danuta Dachowska_

Imię i nazwisko drukiem: DANUTA DACHOWSKA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                                            )   Judge Joan B. Gottschall
                Plaintiffs,      )
                                              )   Magistrate Judge Daniel G. Martin
          v.                    )
                                            )   No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al, )
                                              )
            Defendants.      )

## DECLARATION OF DERRY R. DAVIS

I, Derry R. Davis, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working as a janitor for ABM in 2008 and I currently do not work as a janitor for ABM.

3. As a janitor for ABM, the locations I worked at during the last three years includes: 455 N. Cityfront Plaza Drive, Chicago, IL.

4. During the last three years, ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5. During the last three years, I would regularly punch-in for work approximately 5 minutes before my scheduled shift.

6. Typically, as soon as I punch-in for work, I would get my cleaning supplies and go directly to the area I was assigned to and begin cleaning.

7. Typically, at the end of my shift, I would put away my supplies and prepare to leave up to the time I punch-out.

Dated: June 7, 2013                 _Derry R. Davis_ Signature

                                    _DERRY R DAVIS_ Print Name

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | Judge Joan B. Gottschall |
| v. | ) ) ) | Magistrate Judge Daniel G. Martin |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) ) | No. 13 cv 1230 |
| Defendants. | ) | |

### DECLARATION OF NEDZAD DZEBO

I, Nedzad Dzebo, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I first started working for ABM in 2011 and I currently work as a janitor at ABM.

3. As a janitor for ABM, the locations I worked at during the last two years include: 180 North LaSalle Street, Chicago, IL and 200 East Randolph Street, Chicago, IL.

4. During the last two years ABM recorded and tracked my punch-in and punch-out times by use of punch cards.

5. During the last two years, I would regularly punch-in for work approximately 10 minutes before the start of my scheduled shift.

6. Typically, as soon as I punch-in for work, I would receive my supervisor's directions, collect my supplies and go to my assigned area to begin cleaning.

7. Typically, at the end of my shift, I would put away my supplies up to the time I punch-out.

8. Within approximately the last month, janitors who work the 5pm to 1:30 am shift, including myself, were advised by our supervisor not to punch-in for work earlier than 5 minutes before our scheduled shift.

Dated: May 24, 2013

_____ Sign
Name

NEDZAD DZEBO Print
Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                                )     **Judge Joan B. Gottschall**
           Plaintiffs, )
                                )     **Magistrate Judge Daniel G. Martin**
           v. )
                                  )     **No. 13 CV 1230**
ABM INDUSTRIES, INC.; ABM )
JANITORIAL SERVICES, INC. et al., )
                                  )
           Defendants. )

## DECLARATION OF TERESA FAKA

I,       Teresa Faka, hereby declare the following under penalty of perjury:

1.      This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.      I first started working as a janitor for ABM in 2004 to 2008, then in 2009 to 2012. I no longer work for ABM.

3.      As a janitor for ABM, the location I worked at during the last three years includes: 233 Michigan, Chicago, IL.

4.      During the last three years ABM recorded and tracked my punch-in and punch-out times by use of a punch card.

5.      My scheduled shifts were from 5 pm to1 am.

6.      During the last three years, I would regularly punch-in for work approximately 10 minutes before the start of my scheduled shift.

7.      Typically, as soon as I punched in for work, I would get my supplies and go to my assigned work area and begin cleaning.

8.      Typically, at the end of my shift, I would stop working and put away my supplies up to the time I punched out.

Dated: June 28, 2013

TERESA FAKA   Sign
Name

Theresa Faka   Print
Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, indywidualnie lub w imieniu wszystkich pozostałych w podobnych sytuacjach. | ) ) ) | |
| | ) | Sedzia Joan B. Gottschall |
| Powód, | ) ) | Sedzia niższej instancji Daniel G. Martin |
| v. | ) ) | No. 13 spr. cyw. 1230 |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | |
| Pozwany. | | |

## OSWIADCZENIE – TERESA FAKA

Ja, Teresa Faka, pod grozba odpowiedzialnosci karnej niniejszym oswiadczam co następuje:

1. Niniejsze oświadczenie oparte jest na mojej osobistej wiedzy i jesli zostane wezwana w charakterze swiadka, kompetentnie zloze zeznania co do faktow zawartych w tym oswiadczeniu.

2. Rozpoczelam prace jako sprzątaczka (janitor) w ABM w roku 2004 do 2008, nastepnie w roku 2009 do 2012. W chwili obecnej nie pracuje w ABM.

3. Jako sprzątaczka w ABM, lokalizacja w ktorej pracowalam przez ostatnie trzy lata, jest: 233 Michigan, Chicago, IL.

4. W ciagu ostatnich trzech lat ABM rejestrowalo oraz monitorowalo moj czas przyjscia do pracy i czas wyjscia z pracy przy uzyciu karty perforowanej (punch card).

5. Moje zaplanowane zmiany trwaly od godziny 5 po poludniu do 1 nad ranem.

6. W ciagu ostatnich trzech lat regularnie odbijalam karte okolo 10 minut przed rozpoczeciem mojej zaplanowanej zmiany.

7. Zazwyczaj tuz po odbiciu karty, dostawalam moj sprzet do sprzatania oraz srodki czystosci, przechodzilam do wyznaczonego mi miejsca pracy i rozpoczynalam sprzatanie.

8. Zazwyczaj pod koniec mojej zmiany, przestawalam pracowac, odkladalam srodki czyszczace i udawalam sie odbic karte.

Data: 28 Czerwca, 2013 roku

Podpis: *Teresa Faka*

Imię i nazwisko drukiem: *TERESIA FAKA*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | Judge Joan B. Gottschall |
| v. | ) ) ) | Magistrate Judge Daniel G. Martin |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC. et al., | ) ) ) | No. 13 cv 1230 |
| Defendants. | ) ) | |

## DECLARATION

I, _SADIKA FEIZIC_, hereby declare the following under penalty of perjury:

1. This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2. I have worked for ABM as a Janitor within the last three years.

3. As a janitor for ABM, the locations I worked at during the last three years include: _203 N. LaSalle_.

4. During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _punch card_.

5. During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6. During the last three years, when I would punch-in for work before the start of my scheduled shift, I observed other janitors punching in before the start of their scheduled shifts.

7. Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June 24, 2013

_Sadika Feizic_ Sign
Name
_SADIKA FEIZIC_ Print
Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BRICE IKBY BINISSIA, Individually and )
on Behalf of All Others Similarly Situated, )
                                           )    Judge Joan B. Gottschall
                     Plaintiffs,           )
                                           )    Magistrate Judge Daniel G. Martin
         v.                                )
                                           )    No. 13 cv 1230
ABM INDUSTRIES, INC.; ABM                  )
JANITORIAL SERVICES, INC. et al.,          )
                                           )
                     Defendants.           )

## DECLARATION

I, _DZEVAD HADZIC_, hereby declare the following under penalty of perjury:

1.  This Declaration is based on my personal knowledge and if called as a witness I would be competent to testify to the facts contained in this Declaration.

2.  I have worked for ABM as a Janitor within the last three years.

3.  As a janitor for ABM, the locations I worked at during the last three years include: _180 N ~ Loselle_.

4.  During the last three years ABM recorded and tracked my punch-in and punch-out times by use of _Jes Punch kard_.

5.  During the last three years, I would regularly punch-in for work before the start of my scheduled shift.

6.  During the last three years, when I would punch-in for work before the start of my scheduled shift, I observed other janitors punching in before the start of their scheduled shifts.

7.  Typically, as soon as I punch-in for work, I would collect my supplies, go to my assigned area and begin cleaning.

Dated: June 2 Y, 2013             _Dzevad Hadzic_ Sign
                                            Name
                                  _DZEVAD HADZIC_ Print
                                            Name