UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRICE IKBY BINISSIA, Individually and on Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiffs, ) ) ) | Judge Joan B. Gottschall |
| v. ) ) ) | No. 13 cv 1230 |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL SERVICES – NORTH CENTRAL, INC.; ABM JANITORIAL SERVICES – MIDWEST, LLC; ABM JANITORIAL SERVICES – SOUTHEAST, LLC, ) ) ) ) ) ) ) ) ) | CONSOLIDATED No. 15-cv-6729 |
| Defendants. ) ) | |

**UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE MOTION FOR FINAL APPROVAL**

Plaintiffs, individually and on behalf of similarly situated persons, by their undersigned counsel, move this Honorable Court for an Order extending the time for Plaintiffs to file their Motion for Final Approval of Settlement to November 18, 2016. In support, Plaintiffs state as follows:

1. Plaintiffs' unopposed motion for final approval of collective settlement is presently due to be filed on November 4, 2016. (Doc. 464).

2. Plaintiffs request up to and including November 18, 2016 to file their motion for a variety of reasons, which include the fact that the parties continue to finalize the settlement workweek data for approximately 212 settlement plaintiffs that was not previously provided and, upon which the final settlement calculations depend, and for the finalization of the voluminous exhibits and attachments to the motion which Plaintiffs continue to gather and assemble.

1

3. Furthermore, at the last status conference, Plaintiffs had intended to request, as a housekeeping matter, leave to file a brief in excess of 15 pages; however, in discussing other matters with the Court we overlooked this point.

4. Local Rule 7.1 requires a party to obtain leave of Court if that Party intends to file a brief in excess of 15 pages.

5. The proposed collective settlement involves over six thousand opt-ins and disposes of two nationwide class actions.[1] This litigation also required thousands of hours of work in presenting forty-nine janitors across the country, as well as the depositions of lower, mid and upper tier management and officers from coast-to-coast. As a result, Plaintiffs require the additional pages to present the record and the proposed terms of the settlement to this Honorable Court.

6. This motion is not brought to cause delay or for any other improper purpose.

WHEREFORE, Plaintiffs respectfully request up to and including November 18, 2016 to file their unopposed motion for Final Approval, and also seek leave of Court to file a brief in excess of 15 pages, pursuant to LR 7.1, in connection with this filing, and for such other and further relief as this Court deems appropriate.

November 3, 2016

**Respectfully Submitted,**

**BRICE IKBY BINISSIA,**
**Individually and on Behalf of**
**All Others Similarly Situated.**

By: /s/ Glen J. Dunn, Jr.
      Glen J. Dunn, Jr.
      One of Plaintiffs' attorneys

---

[1] The matter of *Brown v. ABM Industries, Incorporated, et al.*, case no. 15-cv-6729, formerly before the Hon. Amy St. Eve, has been consolidated with this matter for settlement purposes only.

| | |
|---|---|
| Thomas M. Ryan<br>Law Offices of Thomas M. Ryan, P.C.<br>35 E. Wacker Drive, Suite 650<br>Chicago, IL 60601<br>312.726.3400 | Glen J. Dunn, Jr.<br>Angel Bakov<br>Glen J. Dunn & Associates, Ltd.<br>221 N. LaSalle St., Suite 1414<br>Chicago, IL 60601<br>312.546.5056 |
| James X. Bormes<br>Catherine P. Sons<br>Law Office of James X. Bormes, P.C.<br>8 S. Michigan Ave., Suite 2600<br>Chicago, IL 60602<br>312.201.0575 | Jac A. Cotiguala<br>Jac A. Cotiguala & Associates, Ltd.<br>431 S. Dearborn St.<br>Suite 606<br>Chicago, IL 60605<br>312-939-2100 |