UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRICE IKBY BINISSIA and HALINA SUCHECKA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| | ) Judge Joan B. Gottschall |
| Plaintiffs, | ) ) Magistrate Judge Daniel G. Martin |
| v. | ) ) No. 13 cv 1230 |
| | ) |
| ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL SERVICES – NORTH CENTRAL, INC.; ABM JANITORIAL SERVICES – MIDWEST, LLC; and ABM JANITORIAL SERVICES – SOUTHEAST, LLC, | ) CONSOLIDATED ) ) No. 15 cv 6729 ) ) ) ) ) |
| Defendants. | ) |

## AGREED MOTION FOR EXTENSION OF TIME

Plaintiffs, by their undersigned counsel, for their motion for extension of time to file their motion to approve their settlement, state as follows:

1. The parties are nearly finished with their global settlement agreement of the *Binissia et al. v. ABM Industries, Inc. et al.* and *Brown et al. v. ABM Industries, Inc. et al.*

2. The motion to approve the proposed Fair Labor Standards Act settlement agreement is due November 18, 2016. (Doc. No. 467)

3. Plaintiffs request until November 29, 2016 to file the motion for approval of the proposed FLSA settlement and to set an approval hearing for either December 21, 2016 or December 23, 2016, if the date works with the Court's calendar and schedule.

4. There are approximately 6,100 individuals in 37 or so states covered by the proposed settlement. During the past several weeks, the parties have worked on resolving the

1

identities of approximately 200 individuals and their tenure with Defendants during the recovery period. This information is pertinent because it provides, *inter alia*, the number of pertinent overtime workweeks covered in the settlement and the proposed settlement payments.

5. Plaintiffs now have they information they believe they need to finalize the settlement terms and settlement agreement.

6. Because of a trial schedule with one of the lead Plaintiffs' attorneys during the last week, and due to the Thanksgiving holiday and travel schedules, Plaintiffs respectfully request an 12 calendar day extension in order to file their motion for approval of the FLSA settlement.

7. This motion is not brought to cause delay or for any other improper purpose.

WHEREFORE, Plaintiffs respectfully requests that this Honorable Court enter an Order granting them up to and including November 30, 2016 to file their unopposed motion for approval of their FLSA settlement, to set a hearing on the motion for approval for December 21, 2016 or any date that is agreeable with the Court's schedule and calendar and for such other and further relief as this Court deems appropriate.

Date: November 18, 2016

                                               **BRICE IKBY BINISSIA and HALINA SUCHECKA, Individually and on Behalf of All Others Similarly Situated**

                                               By: /s/Glen J. Dunn, Jr.

                                                         One of Plaintiffs' attorneys

| | |
|---|---|
| Thomas M. Ryan | Glen J. Dunn, Jr. |
| Law Offices of Thomas M. Ryan, P.C. | Angel Bakov |
| 35 E. Wacker Drive, Suite 650 | Glen J. Dunn & Associates, Ltd. |
| Chicago, IL 60601 | 221 N. LaSalle St., Suite 1414 |
| 312.726.3400 | Chicago, IL 60601 |

312.546.5056

James X. Bormes  Jac A. Cotiguala
Catherine P. Sons  Jac A. Cotiguala & Assoc.
Law Office of James X. Bormes, P.C.  431 S. Dearborn St., Suite 606
8 S. Michigan Ave., Suite 2600  Chicago, IL 60606
Chicago, IL 60602  312.939.2100
312.201.0575