UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BRICE IKBY BINISSIA and HALINA SUCHECKA, Individually and on Behalf of All Others Similarly Situated,** ) ) ) ) | **Judge Joan B. Gottschall** |
| Plaintiffs, ) ) | **Magistrate Judge Daniel G. Martin** |
| v. ) ) | No. 13 cv 1230 |
| **ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, INC.; ABM JANITORIAL SERVICES – NORTH CENTRAL, INC.; ABM JANITORIAL SERVICES – MIDWEST, LLC; and ABM JANITORIAL SERVICES – SOUTHEAST, LLC,** ) ) ) ) ) ) ) ) ) | No. 15 cv 6729 *Consolidated for Purposes of Settlement* |
| Defendants. ) ) | |
| **VERONICA BROWN, Individually and an Behalf of All Others Similarly Situated,** ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | |
| **ABM INDUSTRIES, INC.; ABM JANITORIAL SERVICES, Inc., now known as ABM ONSITE SERVICES, INC.; ABM ONSITE SERVICES, INC.; ABM JANITORIAL SERVICES – NORTH CENTRAL, INC.,** ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
COLLECTIVE ACTION SETTLEMENT**

Plaintiffs, by their undersigned counsel, for their Motion for Final Approval of Collective Action Settlement, state as follows:

1

1. On September 21, 2017, the Court granted preliminary approval of the Parties' FLSA collective action settlement. (ECF No. 496).

2. On October 27, 2017, the third party claims administrator issued notice to the approximately 6,041 settlement members after updating their addresses.

3. The 45 day notice and objection period expired on December 21, 2017.

4. To date, there have been no objections to the settlement and two people have requested to exclude themselves from it.

5. This Court should now grant final approval of the settlement.

6. As set forth in the accompanying memorandum in support of final approval, the settlement is a fair and reasonable resolution to a *bona fide* dispute.

7. Accordingly, Plaintiffs request that the Court enter the proposed Final Approval and Dismissal Order attached as Exhibit 1 to the memorandum in support of final approval.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant final approve of the collective action settlement and for such other relief as the Honorable Court deems appropriate.

Date: January 12, 2018                     Respectfully submitted,

                                           By: /s/ Thomas M. Ryan
                                               Thomas M. Ryan
                                               One of Plaintiffs' attorneys

Thomas M. Ryan                             Glen J. Dunn, Jr.
Law Offices of Thomas M. Ryan, P.C.        Angel Bakov
35 E. Wacker Drive, Suite 650              Glen J. Dunn & Associates, Ltd.
Chicago, IL 60601                          221 N. LaSalle St., Suite 1414
312.726.3400                               Chicago, IL 60601
                                           312.546.5056
James X. Bormes
Catherine P. Sons                          Jac A. Cotiguala
Law Office of James X. Bormes, P.C.        Jac A. Cotiguala & Assoc.
8 S. Michigan Ave., Suite 2600             431 S. Dearborn St., Suite 606

Chicago, IL 60602  Chicago, IL 60606
312.201.0575  312.939.2100

3